[851 NYS2d 431]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a, Respondent. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, February 5, 2008

### APPEARANCES OF COUNSEL

*Alan W. Friedberg, Chief Counsel, Departmental Disciplinary Committee,* New York City (*Paul J. Curran* of counsel), for petitioner.

No appearances for respondents.

### OPINION OF THE COURT

Per Curiam.

Section 468-a of the Judiciary Law requires every resident and nonresident attorney admitted to practice in the State of New York to file a biennial registration statement with the administrative office of the courts. A biennial registration fee must be paid at the time the statement is filed. This registration statement, which is mailed every two years by the Office of Court Administration to every attorney so admitted, must be timely filed and the fee paid regardless of whether the attorney is actually engaged in the practice of law in New York or elsewhere. Attorneys who certify to the Chief Administrator of the Courts that they have retired from the practice of law are exempt from paying the registration fee at the time the statement is filed. Subdivision (5) of the statute provides further that "[n]oncompliance by an attorney with the provisions of this section and the rules promulgated hereunder shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division of the supreme court for disciplinary action."

Pursuant to this provision, petitioner Departmental Disciplinary Committee seeks an order suspending from the practice of law certain attorneys (whose last name begins with the letters E through K) who are in violation of the statute, in that they have failed to file the registration statement and pay the registration fee for one or more registration periods after due purported notification. This is the second in a series of motions to suspend attorneys who have failed to file biennial registration statements with the Office of Court Administration. The first petition to suspend noncompliant attorneys whose last

names began with letters A through D was granted by order of this Court entered October 12, 2006 (36 AD3d 34 [2006]). This Court has previously held that failure to register or reregister and pay the biennial registration fee constitutes professional misconduct warranting discipline (*see Matter of Pierini*, 21 AD3d 42 [2005]). Between 1997 and 1999 this Court granted similar motions and suspended attorneys en masse for such failure to register or reregister and pay the registration fee pursuant to Judiciary Law § 468-a (*see Matter of Attorneys in Violation of Judiciary Law § 468-a*, 257 AD2d 127 [1999]).

The attorneys in question have been duly notified of their noncompliance and given an opportunity to cure their default. The Office of Court Administration mailed each of the defaulting attorneys a biennial registration form to their last known home address, a second notice to their last known business address, and a final notice to their home address. Attorneys who remained in default following these three notices were referred to the Disciplinary Committee, which mailed a notice to the subject attorney that failure to register and pay past registration fees within 30 days would constitute grounds for an imminent suspension motion. More than 30 days after the deadline, a list of approximately 820 defaulting attorneys was compiled by OCA and forwarded to the Committee. The Committee then filed its motion for service by publication of the notice of petition to suspend.

Pursuant to the order of this Court entered August 16, 2007, which provided for service of the suspension motion by publication in the New York Law Journal for five consecutive days, a list of the defaulting attorneys along with their last known business addresses was so published commencing October 5, 2007. A notice was also posted on the Court's Web site.

The 736 attorneys who remain in noncompliance with Judiciary Law § 468-a despite the notification process described above are the subject of the Committee's instant motion for suspension.

There is no opposition to the instant motion.

Accordingly, due to the continued failure to comply with the statute, petitioner's motion to suspend such attorneys shall be granted to the extent of suspending those attorneys whose names are enumerated in the attached schedule from the practice of law in the State of New York, effective 30 days from the date of this order, until further order of this Court.

4

MAZZARELLI, J.P., SAXE, FRIEDMAN, NARDELLI and WILLIAMS, JJ., concur.

Attorneys whose names are enumerated in the schedule attached to the opinion per curiam suspended from the practice of law in the State of New York, effective March 6, 2008, and until the further order of this Court, as indicated.

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Earp, Brian David | Baker & McKenzie PO Box 4288 Riyadh, Saudi Arabia | 09/24/1985 | 1 |
| Easman, Lauren R. | 565 N Grant St Hinsdale, IL 60521 | 03/25/1991 | 1 |
| Eastin, Lisa A. | 525 Brier St Kenilworth, IL 60043 | 12/01/1980 | 1 |
| Eastman, Wayne | National Labor Relations Board Peter Rodino Building Broad St Newark, NJ 07102 | 04/12/1982 | 1 |
| Eaton, Sylvester S. | 139 W 74th St New York, NY 10023 | 03/22/1954 | 1 |
| Egan, James | C/O Selingman & Seligman 485 Madison Ave New York, NY 10174 | 09/13/1977 | 3 |
| Egan, Jerome William | 1240 Dale Avenue #35 Mountain View, CA 94040 | 06/03/1996 | 1 |
| Ehmke, Sabine H. | C/O Rechtsanwaltsburo Jager Reinhold Schluterstr 6 D-2000 Hamburg 13, Germany | 08/20/1985 | 1 |
| Ehrich, Perez Clay | Dorsey & Whitney LLP 250 Park Avenue New York, NY 10177 | 03/24/1969 | 1 |
| Ehrlich, Devri Anne | Pricewaterhouse Coopers One Sylvan Way Parsippany, NJ 07054 | 10/26/1998 | 1 |
| Ehrlich, Leslie S. | AGS Information Services Inc 1139 Spruce Drive Mountainside, NJ 07092 | 07/07/1981 | 1 |
| Ehrlich, Stuart | The Conway Organization One Penn Plaza 38th Fl New York, NY 10119 | 04/12/1989 | 2 |
| Eichler, Peter Morton | Jeffer Mangels Butler & Warnaro 2121 Avenue of the Stars Los Angeles, CA 90067 | 10/18/1961 | 1 |
| Eisen, David Andrew | Siegel Mandell & Davidson PC One Astor Plaza 1515 Broadway 43rd Floor New York, NY 10036 | 03/27/1991 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Eisenberg, Alan M. | 27 West 96 St New York, NY 10025 | 03/03/1975 | 1 |
| Eisenberg, Barry Lev | Lasser, Hochman, Marcus, Guryan & Kuskin 75 Eisenhower Parkway Roseland, NJ 07068 | 01/29/1973 | 1 |
| Eisler, Joseph Adam | Morgan Stanley & Company 1221 6th Avenue 4th Floor New York, NY 10020 | 05/06/1996 | 1 |
| El-Emary, Tamer Handy | Citibank 399 Park Avenue New York, NY 10043 | 01/31/2000 | 1 |
| Elizaga, Karen Beatriz | Jones Day Reavis & Pogue Business Practice Group 599 Lexington Ave New York, NY 10022 | 07/14/1997 | 1 |
| Ellen, David Joshua | Contracting Attorney (Independent) 252 West 91st Street New York, NY 10024 | 09/18/1995 | 1 |
| Elliott, Robert H. | Caplin & Drysdale 1 Thomas Circle N W Washington, DC 20005 | 06/20/1960 | 1 |
| Elrod, Jennifer | 115 Farnum St San Francisco, CA 94131 | 09/24/1990 | 1 |
| Eltman, George Slote | 4015 NW Thurman St Christiansted Portland, OR 97210 | 12/23/1971 | 1 |
| Emmet, Andrew | Merchants Restaurant Group 80 8th Ave Suite 307 New York, NY 10011 | 03/02/1973 | 2 |
| Endicott, Robert Joseph | Shearman & Sterling 153 East 53rd Street New York, NY 10022 | 04/04/1995 | 1 |
| Engels, Rosemary Flemming | Laventhol & Horwath 20 Queen St West Suite 200, M5H3V7 Toronto, Canada | 04/09/1985 | 1 |
| Englert, Gary James | 91 Waldon Road Suite 1915 Fanwood, NJ 07023 | 01/14/1985 | 1 |
| Enney, Vicki L. | Cadwalader Wickersham & Taft 100 Maiden Lane New York, NY 10038 | 08/21/1996 | 2 |
| Entin, David Howard | 3941 Quarton Road Bloomfield Hills, MI 48302 | 10/21/1991 | 1 |
| Epermanis, Dace | 174 E 74th St New York, NY 10021 | 12/04/1961 | 4 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Ephrat, Kim Kressel | Reznik & Reznik 16000 Ventura Blvd Los Angeles, CA 91436 | 04/07/1987 | 1 |
| Epstein, David Nathaniel | Brecher, Fishman, Rusin & Reiff P.C. 222 Broadway 19th Fl New York, NY 10038 | 07/15/1996 | 1 |
| Erger, Dean M. | Jones Day Reavis & Pogue 599 Lexington Ave New York, NY 10022 | 11/30/1992 | 1 |
| Ericson, William Wade | Mohr, Davidow Ventures 505 5th Avenue South Suite 610 Seattle, WA 98104 | 08/06/1990 | 1 |
| Erikson, George William | 3421 Pennsy Drive Landover, MD 20785 | 12/21/1967 | 1 |
| Erwin, Gregory Dubois | Erwin Professional Corporation 1650 Farnam St Omaha, NE 68102 | 06/27/1966 | 1 |
| Espinel, Victoria Angelica | Covington & Burling Leconfield House Curzon Street, W1Y 8AS London, England | 08/08/1994 | 1 |
| Esralew, Jason Bradley | Well Gotshal & Manges LLP 767 Fifth Avenue New York, NY 10153 | 11/24/1997 | 1 |
| Etherington, Geoffrey III | Edwards & Angell, LLP 750 Lexington Avenue New York, NY 10023 | 08/03/1998 | 1 |
| Ettinger, Joseph | 429 East 52nd Street Apartment 31-A New York, NY 10022 | 04/09/1953 | 2 |
| Evans, Joan E. | United States Attorney's Office 600 East Main Street Suite 1800 Richmond, VA 23235 | 10/03/1988 | 1 |
| Eyzaguirre Baeza, Jose Maria | Claro Y Compania Moneda 1025 Piso 8 Santiago, Chile | 02/01/1988 | . 1 |
| Ezersky, Peter R. | Quadrangle Group, LLC 375 Park Ave New York, NY 10022 | 05/07/1986 | 2 |
| Fade, Ann E. | Office of the Long Term Care Ombudsman 3855 Wolvenne NE Suite 6 Salem, OR 97310 | 07/16/1990 | 1 |
| Fahey, William Wingerter | Gulf Insurance Group. 125 Broad St 7th Floor New York, NY 10004 | 08/05/1996 | 1 |
| Fahringer, Reuben Philip | 8765 E Bears Path Rd Tucson, AR 85749 | 06/29/1964 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Fake, Gregory Leverne | Rogers & Wells 200 Park Avenue New York, NY 10166 | 11/21/1994 | 1 |
| Falcon, Gabriel I. | 229 East 80th St Apt 5G New York, NY 10021 | 05/06/1996 | 1 |
| Falk, John William | Swidler Berly Shereff Friedman, LLP 919 Third Avenue New York, NY 10022 | 12/07/1998 | 1 |
| Falk, Yvette Sharon | C/O Hezen Falk 243 W 70th St Apt 4C New York, NY 10023 | 11/25/1991 | 1 |
| Fanning, Kimberly Dana | Law Offices of Goldstein and Fanning 555 California Street Suite #2950 San Francisco, CA 94104 | 03/21/1988 | 1 |
| Farhangi, Leslie Shirin | 13 Thurloe Place SW7 2RZ London, England 12546 | 03/06/1989 | 1 |
| Farkas, Barry Jay | 314 Ogden Ave Teaneck, NJ 07666 | 03/26/1984 | 1 |
| Farley, James Bernard | Chase Manhattan Bank NA Woolgate House Coleman Street, Ec2p 2hd London, England | 12/01/1980 | 1 |
| Farman, Ivan G. | Merrill Lynch & Co. 250 Vesey Street New York, NY 10281 | 10/11/1995 | 1 |
| Farman, Robert Alexander | Schindel Farman & Lipsius LLP 225 West 34th St Suite 500 New York, NY 10122 | 07/12/1999 | 1 |
| Farnan, Joseph Patrick | 100 Oceangate #840 Long Beach, CA 90802 | 01/17/1983 | 1 |
| Farr, Kim V. | Merrill Lynch & Co World Financial Center, No. Tower 250 Vesey St New York, NY 10281 | 11/16/1998 | 1 |
| Farrell, Thomas G. | Shearman & Sterling 599 Lexington Avenue New York, NY 10022 | 02/04/1985 | 1 |
| Faur, Abraham Joseph | Premier Group 230 5th Ave New York, NY 10001 | 09/08/1993 | 2 |
| Fawcett, John R. | 189 Brookwood Lane New Canaan, CT 06840 | 03/26/1962 | 1 |
| Fawer, Michael Seth | Smith, Jones & Fawer 301 N Columbia St Covington, LA 70433 | 06/20/1960 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Feder, Jesse Michael | Office of the Register U.S. Copyright Office Library of Congress, Dept 17 Washington, DC 20540 | 01/11/1988 | 1 |
| Fedorko, John Martin | O'Melveny & Myers LLP 54th Fl 153 E 53rd St New York, NY 10022 | 07/12/1999 | 1 |
| Fein, Hyman William | 3000 Bronx Park E Bronx, NY 10467 | 03/23/1959 | 1 |
| Fein, Laura E. | Skadden, Arps, et. al., LLP 1440 NY Ave, NW Washington, DC 20005 | 07/28/1998 | 1 |
| Feinstein, Andrew Alan | Hoberman And Feinstein 750 Hopmeadow Simsbury, CT 06070 | 05/19/1980 | 1 |
| Felcher, Nancy Kane | CitiCorp Real Estate Inc 666 Fifth Avenue 4th Floor New York, NY 10103 | 05/12/1982 | 2 |
| Feldman, Andrew E. | Travelers Investment Group Inc. 388 Greenwich Street 36th Floor New York, NY 10013 | 05/15/1984 | 3 |
| Feldman, Louis Evan | Wachtell, Lipton, Rosen & Katz 51 West 52nd Street New York, NY 10019 | 09/16/1996 | 1 |
| Feldman, Mark S. | Latham & Watkins 885 3rd Avenue Suite 1000 New York, NY 10022 | 07/14/1997 | 2 |
| Fenelon, Kathleen S. | 4614 Barrett Court Sugar Land, TX 77479 | 05/05/1986 | 1 |
| Fenerty, Thomas | Leboeuf Lamb Greene & Macrae, L.L.P. 125 West 55th Street New York, NY 10019 | 03/05/1984 | 1 |
| Fenner, John | 6128 Amberwoods Drive Boca Raton, FL 33433 | 03/19/1973 | 1 |
| Ferber, Vanessa Abbe | Lawyer Search Inc. 195 Binney Street, Ste 4204 Cambridge, MA 02142 | 01/23/1995 | 1 |
| Ferrara, Peter J. | Shaw Pittman Potts & Trowbridge 2300 N St, NW Washington, DC 20037 | 03/17/1980 | 1 |
| Ferrer, Nicodemo T. | 310 W 47 St Apt 6D New York, NY 10036 | 05/10/1989 | 2 |
| Ferstenberg, Jonathan | 44 Howard Avenue Norwalk, CT 06855 | 06/20/1994 | 1 |
| Ferziger, Ari Anshel | Acta Realty Corp. 1 State Street Plaza 29th Fl New York, NY 10004 | 05/06/1996 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Fetta, Kevin Leroy | 151 Sip Ave #23 Jersey City, NJ 07306 | 05/06/1996 | 1 |
| Feuerle, Peter | 1747 Pennsylvania Ave, N.W. Suite 300 Washington, DC 20006 | 05/15/1978 | 1 |
| Feuerman, Gary M. | Sportsline USA Inc. 6300 NW 5th Way #310 Ft Lauderdale, FL 33309 | 04/23/1990 | 1 |
| Fiderer, David Jonathan | Banque National De Paris 499 Park Avenue 7th Floor New York, NY 10022 | 08/12/1980 | 1 |
| Fiedler, Robert Christopher | 204 North Douglas Avenue Margate, NJ 08402 | 01/25/2000 | 1 |
| Field, Barry Howard | Of Counsel Glorsky, Tarlow & Milberg 31 Milk St. Suite 810 Boston, MA 02109 | 08/22/1989 | 1 |
| Field, Joshua | Colgate Palmolive 300 Park Avenue (Corporate Communications) New York, NY 10022 | 08/23/1995 | 2 |
| Fierberg, Richard Michael | 57 West 10th Street #4BC New York, NY 10011 | 03/22/1999 | 1 |
| Filliben, Eileen Marie | Willkie Farr & Gallagher 787 7th Avenue 153 E 53rd St New York, NY 10019 | 09/18/1995 | 1 |
| Fink, Julia Pearl | Legal Unit Division of Medical Assistance 600 Washington Street Boston, MA 02111 | 05/23/1988 | 1 |
| Finkel, Stephen Franklin | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | 01/22/1996 | 1 |
| Finn, David Charles | U.S. Attorney's Office-SDNY One St Andrew's Plaza New York, NY 10007 | 06/22/1992 | 1 |
| Fino, III Paul Albert | Wilson Elser Moskowitz Edelman & Dicker 150 East 42nd Street New York, NY 10017 | 01/11/1999 | 1 |
| Firstenberg, Eric Perdomo | 15 West 75th St New York, NY 10023 | 02/01/1999 | 1 |
| Fischbeck, Lloyd John | Collins Collins & Kantor, P.C. 420 Lexington Ave Suite 300 New York, NY 10017 | 05/17/1995 | 2 |
| Fischer, Benno John | NCNB Texas National Bank PO Box 241 Dallas, TX 75221 | 04/01/1968 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Fisher, Kathleen M. | New York City Law Department 100 Church Street New York, NY 10005 | 06/17/1996 | 1 |
| Fisher, Kenneth | 530 E 72nd St Apt 7A New York, NY 10021 | 02/29/1988 | 1 |
| Fisher, Meredith Ann | 10 W 66th St Apt 21A New York, NY 10023 | 09/15/1980 | 1 |
| Flaherty, Kevin | Gibbone, Del Deo, Dolan, Griffinger & Vecchione 1 Riverfront Plaza Newark, NJ 07102 | 10/16/2000 | 1 |
| Flaherty, Martin Stephen | Fordham University School of Law 140 West 62nd St Lincoln Center NewYork, NY 10023 | 06/09/1993 | 2 |
| Flamm, Richard Edward | 2840 College Ave, Ste A Berkeley, CA 94705 | 03/01/1982 | 1 |
| Flannery, Christopher P. | Spector Gadon & Rosen 1635 Market Street Philadelphia, PA 19103 | 05/24/1982 | 1 |
| Florsheim, Mark Joseph | Derech Hachoresh 38/5 Ramot 02, 97278 Jerusalem, Israel | 12/21/1967 | 1 |
| Fogarty, Patrick Michael | Bowne & Co. 555 5th Ave New York, NY 10017 | 10/16/2000 | 1 |
| Fogel, Lisa Cheryl | Rubin Baum Levin Constant & Friedman 30 Rockfeller Plaza New York, NY 10112 | 04/18/1995 | 3 |
| Fogelman, Lydia | American Lawyer Media 345 Park Ave South New York, NY 10010 | 10/26/1983 | 2 |
| Foley, Rebecca Anne | Milbank, Tweed, Hadley & McCloy, LLP One Chase Manhattan Plaza New York, NY 10005 | 06/02/2000 | 1 |
| Follini, Christina Maria | Wilson Elser Moskowitz Edelman & Dicker 150 East 42nd St New York, NY 10017 | 02/06/1995 | 1 |
| Fontanella, Joseph Richard | Law Offices of Jacques Catafago 350 Fifth Ave. Suite 4810 New York, NY 10118 | 01/28/1997 | 3 |
| Fontenot, Roy Joseph | Williams Kastner & Gibbs PO Box 21926 Seattle, WA 98111 | 09/17/1979 | 1 |
| Forssander, Charlotte Elisabeth | O'Melveny & Myers LLP 153 East 53rd Street New York, NY 10022 | 04/12/1999 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Fortgang, Jeffrey Scott | Bear Stearns 245 Park Ave New York, NY | 12/11/1991 | 2 |
| Fortunoff, Scott M. | First NY Securities 850 Third Avenue New York, NY 10022 | 06/06/2000 | 1 |
| Fowler, Larned B. | Graham & James 4675 MacArthur Court Suite 800 Newport Beach, CA 92660 | 05/17/1988 | 1 |
| Fox, James Adams | Harper Collins Publishers Inc 10 E 53rd St New York, NY 10022 | 07/08/1971 | 1 |
| Foxmoore, Nancy S. | AIDC Ltd 201 Kent St NSW 2000 Sydney, Australia | 10/01/1984 | 1 |
| Franco, Thomas Colin | Broadgate Consultants Inc 1 Exchange Plaza New York, NY 10006 | 03/25/1985 | 1 |
| Frank, Robert S. | The Hamilton Securities Group, Inc. 7 Dupont Circle NW Washington, DC 20036 | 02/06/1989 | 1 |
| Frankel, Lisa Nan | Miranda & Sokoloff, LLP 450 Seventh Avenue Suite 1400 New York, NY 10123 | 06/22/1992 | 1 |
| Fraser, David John | Simpson Tacher & Bartlett 425 Lexington Ave New York, NY 10017 | 11/25/1996 | 1 |
| Freeman, Scott | Citibank 399 Park Avenue 34th Floor New York, NY 10043 | 05/06/1991 | 1 |
| Freiman, Ira Charles | 301 E 73rd St Pha New York, NY 10021 | 04/13/1977 | 2 |
| Freitag, Bernard Bruce | Andora Palmisano & Romano 303 Molnar Dr 11 Broadway Elmwood Park, NJ 07407 | 09/21/1956 | 1 |
| French, Robert Charles | Gulf Insurance Group 388 Greenwich St 21st Floor New York, NY 10013 | 10/21/1991 | 1 |
| Freundlich, Michael Edward | Walker & Associes 3 Rue Du Louvre 75001 Paris, France | 11/19/1991 | 1 |
| Fried, Robert Aron | 503 Ohio Avenue Lemoyne, PA 17043 | 12/23/1971 | 1 |
| Friedberg, Gail Robin | Bass & Ullman PC 747 Third Avenue 14th Floor New York, NY 10017 | 04/13/1988 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Friedland, Michael Charles | 430 West 34th St Apt LB New York, NY 10001 | 08/10/1992 | 1 |
| Friedman, Bradford Lawrence | Palmer & Dodge One Beacon Street Boston, MA 02108 | 07/01/1991 | 1 |
| Friedman, Charles A. | AAL Capital Management Corporation 222 West College Avenue Appleton, WI 54919 | 10/05/1976 | 1 |
| Friedman, Neil Alan | Price Entertainment Inc Suite 236 Columbia Plaza East Burbank, CA 91505 | 05/03/1982 | 1 |
| Friedman, Peter Ben | CWRU School of Law 11075 East Blvd Cleveland, OH 44106 | 05/06/1985 | 1 |
| Friedman, Rachel | 315 Johnson Avenue Teaneck, NJ 7666 | 06/02/1986 | 1 |
| Friedman, Ross M. | 317 West 87th Street Apt 3A New York, NY 10024 | 03/31/1981 | 3 |
| Friedman, Saul David | Morgan Stanley & Co 1585 Broadway New York, NY 10036 | 01/27/1998 | 1 |
| Friedman, Shari | Shari Friedman Lesnick Attorney At Law 30805 Telegraph Rd Suite 3854 Birmingham, MI 48010 | 08/22/1983 | 1 |
| Fritts, Sonja Diane | Cohen, Weiss & Simon 330 West 42nd St New York, NY 10036 | 02/21/1996 | 2 |
| Frome, Patricia E. | 201 East 79 St New York, NY 10021 | 12/01/1986 | 1 |
| Frost, Jr. John Arthur | Met Life One Madison Ave New York, NY 10010 | 07/28/1987 | 3 |
| Frydrychowski, Roger W. | Office of the United States Attorney Eastern District of Virginia 600 E Main St, Ste 1800 Main St Ctr Richmond, VA 23219 | 11/28/1978 | 1 |
| Fuchs, Douglas Michael | Munger, Tolles & Olson 355 South Grand Avenue 36th Floor Los Angeles, CA 90017 | 10/17/1994 | 1 |
| Fuhrer, Arthur K. | Frankfurt, Garbus, Klein & Selz 488 Madison Ave New York, NY 10022 | 03/20/1950 | 1 |
| Fujiki, Marjorie | Asian American/Pacific Islanders in Philanthropy 116 E 16th St, 7th Fl New York, NY 10003 | 05/02/1983 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Fujinawa, Kenichi | Nagashima & Ohno 25 Ichibancho Chiyoda-Ku, 102 Japan Tokyo, Japan | 03/23/1987 | 1 |
| Fullem, Lawrence Robert | Dewey Ballantine 1301 Ave of Americas New York, NY 10019 | 10/16/1958 | 2 |
| Fulop, Nancy Jean | Matthew Bender & Co Inc 11 Penn Plaza 11th Floor New York, NY 10001 | 06/28/1978 | 1 |
| Fundler, Laurence Edward | 34 Maple Dr North Caldwell, NJ 07006 | 01/25/1994 | 1 |
| Furth, Helmut Julius | Patterson Belknap Webb & Tyler 1875 Century Park East Suite 950 Los Angeles, CA 90067 | 04/06/1956 | 1 |
| Furukawa, Eileen M. | Bryan Cave LLP One Metropolitan Square 211 North Broadway, Suite 3600 St Louis, MO 63102 | 06/06/1994 | 1 |
| Gaeta, Michael Joseph | 533 Lotus Rd Ridgewood, NJ 07450 | 05/02/1994 | 1 |
| Galama, Anna Sophia M. | Loeff Claeys Verbeke Apollolaan 15 PO Box 75088, 1070 AB Amsterdam, Netherlands | 06/16/1997 | 1 |
| Galani, Elizabeth Anne | Office of the Corporation Counsel New York City Law Department 100 Church St, Room 2-306 New York, NY 10007 | 06/02/1997 | 1 |
| Galbraith, Leigh Ann | Schottenstein Zox & Dunn 41 South High Street 26th Floor Columbus, OH 43215 | 03/26/1984 | 1 |
| Galindo, Beatriz Victoria | 11706 Pleasant Ridge Drive Apartment 907 Little Rock, AR 72212 | 06/19/1995 | 1 |
| Galiteva, Angelina Mincheva | New York Power Authority 1633 Broadway 21st Floor New York, NY 10019 | 06/08/1994 | 2 |
| Gallagher, Kieran Michael | 3535 Kings College Place Bronx, NY 10467 | 02/04/1991 | 1 |
| Gambrill, Debra Frances | Education For Democracy PO Box 40514 Mobile, AL 36604 | 08/06/1990 | 1 |
| Ganik, Milan | Squire Sanders & Dempsey 350 Park Ave 32nd Floor New York, NY 10022 | 01/16/1984 | 1 |
| Garcia, Jr. Joseph M. | Law Offices of Joseph Garcia 191 East 161 Street Bronx, NY 10451 | 06/04/1984 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Garcia, Robert | Senior Attorney Environmental Defense Fund 10951 Pico Blvd, Third Floor Los Angeles, CA 90064 | 07/07/1980 | 1 |
| Garcia, Sally A. | 1230 Leland Avenue Apt 1B Bronx, NY 10472 | 10/11/1995 | 1 |
| Garcia-Rivera, Oscar | 436 E 89th Street New York, NY 10128 | 12/22/1964 | 1 |
| Gardner, Barbara Elise | 40 Russ St Hartford, CT 06106 | 08/25/1986 | 1 |
| Gardner, Elizabeth Priscilla | Olonoff, Asen & Olonoff 500 Fifth Avenue Suite 2410 New York, NY 10110 | 10/11/1995 | 1 |
| Gardner, Joel B. | 445 Park Ave Patricof & Co. Capital Corp. 11th Floor New York, NY 10022 | 05/08/1975 | 2 |
| Garfield, Ingeborg B. | 251 East 51st Street #6C New York, NY 10022 | 03/03/1986 | 1 |
| Garfield, Roslyn | 55 Howitt Rd Caulfield 3161 Victoria, Australia | 01/31/1989 | 1 |
| Garner, Katherine Dudley | 1903 Pinewood Circle Charlotte, NC 28211 | 06/18/1990 | 1 |
| Garner, Nathan Reed | Becker Ross Stone Destefano & Klein 41 East 42nd Street Suite 1410 New York, NY 10017 | 07/27/1988 | 2 |
| Garnett, Michael H. | 1 University Pl Apt 16F New York, NY 10003 | 06/01/1988 | 2 |
| Garthe, Philip M. | Morgan Stanley 1221 Avenue of the Americas New York, NY 10020 | 06/27/2000 | 4 |
| Garvan, Janice Lynley | 304 East 65th Street #17A New York, NY 10021 | 09/21/1992 | 1 |
| Garza-Morales, Edgar H. | 50 Riverside Dr Apt 13F New York, NY 10024 | 03/19/1979 | 1 |
| Gask, Michael M. | 2550 Hoffman Street Bronx, NY 10458 | 02/14/1972 | 1 |
| Gassama, Ibrahim Jabie | University of Oregon Law School 1101 Kincaid Street Eugene, OR 97403 | 05/06/1985 | 1 |
| Gates, Clayton Samuel | 287 Taylor Road South Short Hills, NJ 07078 | 06/19/1978 | 1 |
| Gaydos, David P. | Deloitte & Touche, L.L.P. 1000 Wilshire Blvd Ste. 1200 Los Angeles, CA 90017 | 02/05/1990 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Gaynes, Elizabeth A. | Osborne Association 135 E 15th St New York, NY 10003 | 02/20/1973 | 4 |
| Gaynor, III Joseph P. | Primary Health Systems, Inc. 1275 Drummers Lane Suite 102 Wayne, PA 19087 | 04/09/1979 | 1 |
| Gelb, Deborah S. | NY County District Attorney 1 Hogan Place New York, NY 10013 | 02/08/1982 | 1 |
| Gelberg, Jonathan David | Asbury Park Press 3601 Highway 66 Box 1550 Neptune, NJ 07754 | 02/07/1983 | 1 |
| Gelfand, Neil J. | Corechange 260 Franklin St 18th Floor Boston, MA 02116 | 02/19/1986 | 1 |
| Genatowski, S Lane | J.P. Morgan & Co. Incorporated 60 Wall Street New York, NY 10060 | 05/11/1977 | 2 |
| Gennert, Cathy Brier | 13 Catamount Road Westport, CT 06880 | 04/14/1986 | 1 |
| Geraghty, Karen Cecelia | Columbia House 1221 Avenue of the Americas 26th Floor New York, NY 10020 | 06/16/1986 | 1 |
| Gerber, Donna M. | 225 E 76th St #4C New York, NY 10021 | 10/30/1985 | 2 |
| Gershov, David | Squadrom Ellenoff Plesent & Sheinfeld LLP 551 Fifth Ave New York, NY 10176 | 07/12/1993 | 1 |
| Gertler, Eric Jonathan | U.S. News & World Report 1290 Avenue of the Americas New York, NY 10104 | 01/22/1991 | 3 |
| Geschwer, Michael J | Hahn & Hessen LLP 350 Fifth Avenue Suite 3700 New York, NY 10118 | 12/07/1998 | 1 |
| Getty, Craig Allin | 886 10th Ave Apt 2B New York, NY 10019 | 01/31/2000 | 1 |
| Gevarter, Richard Bert | MTA Inspector General 100 Park Ave 14th Floor New York, NY 10017 | 05/23/1979 | 2 |
| Ghoutchani-Gharavi, Hamid | 20 River Rd New York, NY 10044 | 02/25/1997 | 1 |
| Giacomo, Richard F. | Paine Webber Inc 1285 Avenue of the Americas 11th Floor New York, NY 10019 | 08/01/1984 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Giancarlo, Dianne G. | 36 Euclid Ave Atherton, CA 94027 | 06/16/1986 | 1 |
| Gianno, Raymond Bernard | Cleary, Gottlieb, Steen & Hamilton 41 Avenue De Friedland Paris, 75008 France | 08/08/1994 | 1 |
| Giarratana, Mark Dunn | Cummings & Lockwood Cityplace 1 185 Asylum Street Hartford, CT 06103 | 04/11/1988 | 1 |
| Gibbons-Trefny, Margaret | 315 East 65th Street #10F New York, NY 10021 | 11/03/1986 | 1 |
| Giberson, Guy F. | Pawnsmart Corporation 2910 SW 30th Avenue Pembroke Park, FL 33009 | 05/12/1998 | 1 |
| Gigante, Pilar | NYPD Legal Bureau Civil Enforcement Unit 2 Lafayette Street, 5th Floor New York, NY 10007 | 05/29/1996 | 2 |
| Gilchrist, Kelly | Cravath, Swaine & Moore 825 Eighth Ave New York, NY 10019 | 05/21/1996 | 1 |
| Gildehaus, Charles Langdon | CFGW. Inc. 30 Monument Sq Concord, MA 01742 | 07/20/1992 | 1 |
| Gill, Michelle | Lenman Brothers 3 World Financial Center New York, NY 10285 | 02/28/2000 | 1 |
| Gillman, Jennifer Lynn | Camhy'Karlinsky & Stein LLP 1740 Broadway New York, NY 10019 | 01/31/2000 | 1 |
| Gillman, Scott Mitchell | Mascott Corp 100 Central Ave Hillside, NJ 07205 | 03/23/1987 | 1 |
| Ginsberg, David | Ginsberg Becker & Weaver, LLP 80 Broad St New York, NY 10004 | 12/18/1967 | 2 |
| Ginsburg, Lee Mark | West Texas Legal Services 620 N Grant Ste 410 Odessa, TX 79761 | 03/05/1990 | 1 |
| Gioanni, Sophie Francoise | Sullivan & Cromwell 125 Broad Street New York, NY 10004 | 08/05/1996 | 1 |
| Gitler, Joseph | Parker Chapin, LLP 405 Lexington Avenue The Chrysler Building New York, NY 10174 | 01/10/2000 | 1 |
| Gitman, Michal | 1641 3rd Ave Apt 30H New York, NY 10128 | 11/16/1998 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Giuffre, Barbara Lisa | 584 Castro St Ste 403 San Francisco, CA 94114 | 07/27/1987 | 1 |
| Glabach, Gaylord Frank | Finley Kumble Wagner 4400 MacArthur Blvd Newport Beach, CA 92660 | 04/30/1985 | 1 |
| Glass, Erika Alexandra | 144 East 84th Street Apt 4D New York, NY 10028 | 03/14/1994 | 1 |
| Glass, Melissa | Gardner, Carton & Douglas 321 North Clark Street Chicago, IL 60610 | 09/27/1999 | 1 |
| Glassman, Dina S. | Piper & Marbury LLP 1251 Avenue of the Americas New York, NY 10020 | 05/26/1999 | 2 |
| Glazer, Michael | 3 Summits Capital Corporation 300 Park Avenue New York, NY 10022 | 04/22/1987 | 2 |
| Gleason, William F. | The Continental Corp 180 Maiden Lane New York, NY 10038 | 06/16/1966 | 2 |
| Gleiberman, Paul David | Giancarlo & Gleiberman, P.C. 5335 Wisconsin Ave NW Suite 730 Washington, DC 20015 | 06/03/1985 | 1 |
| Glen, Alicia Kenyon | NYC Dept of Housing Preservation and Development 100 Gold Street, Room 1-G-1 New York, NY 10038 | 03/14/1994 | 1 |
| Glick, Jacquelyn Leigh | Ruder Finn Planned Television Arts Division 301 East 57th Street New York, NY 10022 | 11/24/1997 | 1 |
| Glitzer, David Mark | Visum 190 E 7th St Apt 114 New York, NY 10009 | 05/19/1992 | 3 |
| Gluck, Frances T. | 25 W 13th St #6-O-N New York, NY 10011 | 06/13/1988 | 1 |
| Gobbo, Christine | 250 West 90th St #12A New York, NY 10024 | 06/15/1998 | 1 |
| Goddard, William D. | 2787 Kennedy Blvd #114 Jersey City, NJ 07306 | 06/19/1978 | 1 |
| Golbert, John Perry | PO Box 31789 Jerusalem, Israel | 10/08/1968 | 1 |
| Gold, David Michael | 204 W 92nd St #3F New York, NY 10025 | 10/26/1983 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Gold, John A. | 350 East 57th St<br>New York, NY 10022 | 06/28/1965 | 1 |
| Gold, Marc H. | Gold & Heyer<br>1311 SE 4th Ave<br>Ft Lauderdale, FL 33316 | 07/30/1984 | 1 |
| Gold, Roger Edward | Early & Strauss, LLC<br>420 Lexington Avenue<br>New York, NY 10170 | 06/02/2000 | 1 |
| Goldberg, Alan E. | Morgan Stanley & Co. Incorporated<br>1221 Avenue of the Americas<br>New York, NY 10020 | 06/25/1980 | 2 |
| Goldberg, Daniel Ira | Law Office of Mark J. Fox<br>342 Madison Avenue Suite 1614<br>New York, NY 10173 | 09/18/1995 | 1 |
| Goldberg, Edward | 39 Hudson Street<br>Hackensack, NJ 07601 | 03/30/1964 | 1 |
| Goldberg, Frederick B. | 1511 K Street NW<br>Suite 305<br>Washington, DC 20005 | 10/05/1976 | 1 |
| Goldberg, Jay Frederick | 990 Avenue of the Americas<br>Suite 5B<br>New York, NY 10018 | 08/06/1990 | 1 |
| Goldberger, Alexis | 10 Ridgedale Avenue<br>Madison, NJ 07940 | 09/28/1998 | 1 |
| Goldenberg, Deborah S. | Katten Muchin Zavis & Dombroff<br>1025 Thomas Jefferson Court<br>Suite 700 East Lobby<br>Washington, DC 20007 | 06/16/1992 | 1 |
| Goldenberg, Kenneth N. | The Goldenberg Group<br>Six Neshaminy Interplex Suite 211<br>Trevose, PA 19053 | 07/20/1982 | 1 |
| Goldman, Amy Beth | Spector Gadon & Rosen<br>1000 Lenola Rd.<br>PO Box 1001<br>Moorestown, NJ 08057 | 03/26/1990 | 1 |
| Goldman, Daniela L. | 1735 York Ave<br>#20A<br>New York, NY 10128 | 10/30/1989 | 1 |
| Goldman, Ilan Z. | Sony Music Entertainment Inc.<br>2100 Colorado Avenue<br>Santa Monica, CA 90404 | 10/27/1997 | 1 |
| Goldman, Jill Randi | Mestel & Company<br>575 Madison Avenue<br>New York, NY 10022 | 08/07/1995 | 1 |
| Goldman, Lisa Beth | Pryor Cashman Sherman & Flynn<br>410 Park Avenue<br>New York, NY 10022 | 03/13/1984 | 3 |
| Goldman, Maya | 990 6th Ave<br>New York, NY 10018 | 10/03/2000 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Goldstein, Hillel Yehuda | MHR Management Company LLC 335 Madison Ave 26th Fl New York, NY 10017 | 05/08/1991 | 2 |
| Goldstein, Russell Spencer | Deloitte & Touche LLP Two World Financial Center New York, NY 10281 | 05/24/2000 | 2 |
| Goldstein, Simon | O'Sullivan, Graeu & Karabell, LLP 30 Rockefeller Plaza New York, NY 10112 | 01/10/2000 | 1 |
| Goldstein, Thomas J. | Graduate School of Journalism University of California Berkeley, CA 94720 | 10/10/1972 | 1 |
| Golove, David Maurice | University of Arizona College of Law Cor of Mountain Ave & Speedway Blvd 740 Broadway 5th Floor Tuscon, AZ 85721 | 08/06/1991 | 1 |
| Gombiner, Robert Harris | 615 2nd Ave Penthouse Suite Seattle, WA 98104 | 04/30/1979 | 1 |
| Gomez, James Henry | 303 East 53rd Street Ph4 New York, NY 10022 | 06/28/1978 | 1 |
| Gonsalves, Christine M. | PO Box 772 Plantarium Station New York, NY 10024 | 10/30/1989 | 1 |
| Gonzalez, Gil | Law Offices of Gil Gonzalez, P.C. 501 Texas Avenue Suite 14 El Paso, TX 79901 | 08/27/1990 | 1 |
| Gonzalez, Jr. Julio E. | Legal Aid Society 49 Thomas Street New York, NY 10013 | 05/12/1997 | 1 |
| Gonzalez De Cossio, Francisco | Barrera Siqueiros Torres Landa S.C. Montes Urales #470-1 Col Lomas De Chapul Tepec 11000 Mexico City, 11000 | 04/04/2000 | 1 |
| Goodman, Paul R. | Cyruil Shanks & Zizmor LLP Attorneys at Law 420 Lexington Ave New York, NY 10170 | 01/12/1987 | 1 |
| Goodman, Victoria Lynn | Federal Deposit Ins. Corporation 4 Park Plaza Irvine, CA 92714 | 05/04/1981 | 1 |
| Goodson, Suzanne | 907 Fifth Avenue New York, NY 10021 | 04/16/1984 | 1 |
| Gooley, Alison Louise | Mallesons Stephen Jaques Govenor Phillip Tower 1 Farrer Place - NSW 2000 Sydney, Australia | 12/11/2000 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Gordon, Judith Shari | Consulate of Israel 6380 Wilshire Blvd Suite 1700 Los Angeles, CA 90048 | 06/21/1982 | 1 |
| Gordon, Judith A. | 10 East End Avenue New York, NY 10021 | 06/24/1968 | 1 |
| Gordon, Laurie Cecile | American Lawyer Media 600 Third Ave New York, NY 10016 | 11/24/1992 | 1 |
| Gordon, Michael Neil | James F Carney Esq 3 New York Plaza New York, NY 10004 | 10/26/1988 | 3 |
| Gordon, Rena | 2242 Cathedral Ave NW Washington, DC 20008 | 12/22/1969 | 1 |
| Gormley, Jill Katharine | Lester Schwab Katz & Dwyer 120 Broadway 38th Floor New York, NY 10271 | 03/23/1994 | 2 |
| Goryachkin, Dmitri Yurjevich | International Management Group 22 East 71st Street New York, NY 10021 | 07/21/1998 | 3 |
| Gotlib, Jonathan | 34 Cedar Avenue Highland Park, NJ 08904 | 06/17/1985 | 1 |
| Goto, Eiji | CS First Boston Japan Limited Shiroyama Hills 3-1 Toranomon 4-Chome, Tokyo 105 Minato-Ku, Japan | 09/20/1993 | 1 |
| Gottesfeld, Sharon Poliskin | New Line Cinema 116 No Robertson Blvd Los Angeles, CA 90048 | 08/06/1974 | 1 |
| Gottesman, Barbara Ellen | Flaca.Com C/O Palladium Venture Capital Partners 3000 Sand Hill Rd. Menlo Park, CA 94025 | 10/30/1995 | 1 |
| Gottschalk, June Claire | Gottschalk & Assoc Inc 1090 Lassen Drive Menlo Park, CA 94025 | 04/24/1978 | 1 |
| Gould, Jonathan Dean | S.L Green Realty Corp 420 Lexington Ave Ste 1900 New York, NY 10170 | 06/16/1986 | 1 |
| Gradinger, Rebecca D. | Frankfurt, Garbus, Kurnit, Klein & Selz, PC 488 Madison Ave New York, NY 10022 | 01/25/2000 | 1 |
| Graf Von Sponeck, Hans-Alexander | 114 E 28th St New York, NY 10016 | 05/12/1997 | 1 |
| Graham, Kojo | Law Group PC 144 Michigan Avenue, NE Suite 13 Washington, DC 20017 | 10/06/1997 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Grandval, Eugenie | 136 W 21st St Fl 5th New York, NY 10011 | 05/04/1998 | 1 |
| Granite, Leslie Jane | 333 Rector Place Apt 4N New York, NY 10280 | 09/19/1983 | 1 |
| Granoff, Michael Jonathan | Manlu Bioventures 411 Route 17S Ste 305 Hasbrouck Heights, NJ 07604 | 10/20/1998 | 1 |
| Grant, Julian | 145 West 71st St #4E New York, NY 10023 | 01/15/1986 | 2 |
| Graubert, Lynne M. | Learning Pays.Com 110 East Broward Boulevard Fort Lauderdale, FL 33301 | 10/27/1997 | 1 |
| Graup, Jeffrey Stuart | 9350 Wilshire Blvd, Suite 316 Beverly Hills, CA 90212 | 01/13/1992 | 1 |
| Graus, A David | Telos Partners LLC 3333 N. Torrey Pines Court Suite 230 La Jolla, CA 92037 | 06/19/1978 | 1 |
| Grausz, Daniel Salomon | Holland America Line 300 Elliott Ave West Seattle, WA 98119 | 03/19/1979 | 1 |
| Gray, Jennifer | Morgan Lewis & Bockius 110 E. 42nd Street New York, NY 10017 | 06/22/1994 | 2 |
| Gray, S Zoe | 220 1st. Street Kirkland, WA 98033 | 05/04/1998 | 1 |
| Gray, Steven Cordell | Office of Small Business Advocate 300 North Second St Suite 1102, Commerce Building Harrisburg, PA 17101 | 01/31/1994 | 1 |
| Grayson, Telma M. | Anderson Kill & Olick, P.C. 1251 Avenue of the Americas New York, NY 10020 | 07/24/1991 | 2 |
| Grealy, Winifred Mary | 326 East 70th St Apt #216 New York, NY 10021 | 11/16/1993 | 1 |
| Greco, Amalia G. | Whitman Breed Abbott & Morgan 200 Park Avenue New York, NY 10166 | 10/31/1988 | 1 |
| Greeley, Marjorie J. | 99 Marble Hill Ave No 103 Bronx, NY 10463 | 11/30/1953 | 1 |
| Green, Howard Benjamin | Quartet Mfg Co 5700 Old Orchard Rd Skokie, IL 60077 | 06/18/1984 | 1 |
| Green, Maria Christophel | Illinois Tool Works, Inc 3600 W. Lake Ave Glenview, IL 60025 | 07/25/1978 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Greenberg, Larry S. | 7315 Wisconsin Avenue Suite 800 West Bethesda, MD 20814 | 12/21/1967 | 1 |
| Greenberg, Richard M. | 235 E 57th St New York, NY 10021 | 12/10/1968 | 1 |
| Greene, Lee Howard | Berglund And Johnson 15650 Devonshire Suite 310 Granada Hills, CA 91344 | 08/31/1981 | 1 |
| Greene, Michelle Dianne | Swidler & Berlin 3000 K Street, NW Suite 300 Washington, DC 20007 | 11/20/1995 | 1 |
| Greene, Samuel M. | Wasserstein Perella & Co. 31 W 52nd St New York, NY 10019 | 05/18/1998 | 1 |
| Greer, Christopher Whitely | Morgan Stanley & Co., Inc. 1585 Broadway New York, NY 10036 | 01/11/1993 | 1 |
| Greher, Lawrence S. | Sandia National Laboratories Legal Divisions - MS 0141 PO Box 5000 Albuquerque, NM 87185 | 12/23/1968 | 1 |
| Greif, Alan Stuart | 510 E 86th St #1C New York, NY 10028 | 06/10/1992 | 2 |
| Greif, Linda | Latham & Watkins 885 Third Avenue New York, NY 10022 | 04/23/1990 | 1 |
| Gretzinger, Norman A. | JP Morgan 60 Wall Street New York, NY 10260 | 09/16/1996 | 1 |
| Griffin, Conor Joseph | 53 Claremont Road 4 Ireland Dublin, Ireland | 09/19/1983 | 1 |
| Griffin, John Vincent | Law Offices of Michael E. Pressman 125 Maiden Lane 17th Floor New York, NY 10038 | 05/05/1976 | 2 |
| Groisser, Elizabeth | Hardin Kundla McKeon Poletto & Polifroni, PA. 673 Morris Avenue Springfield, NJ 07081 | 04/11/1988 | 1 |
| Gross, Clover Fields | 216 Centre St #5 New York, NY 10013 | 09/24/1998 | 1 |
| Gross, Eric Brian | Ozmosys, Inc. 13 E 37th St Fl 6th New York, NY 10016 | 09/29/1992 | 3 |
| Gross, Peter | Goldman, Sachs & Co 85 Broad St New York, NY 10004 | 05/21/1996 | 1 |
| Gross, Tamara Beth | 435 E 70th St #4C New York, NY 10021 | 08/07/1995 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Grossman, Alison Jamie | Miller Cooke & Rhorberg<br>95 Madison Ave<br>New York, NY 10016 | 05/02/1994 | 1 |
| Grossman, Felix Tausend | Grossman Graven Perry & Block<br>523 West 6th Street #1130<br>Los Angeles, CA 90014 | 03/21/1960 | 1 |
| Grullon, Carmen Maria | Office of Carmen M Grullon<br>65 Bleecker St 4th Fl<br>New York, NY 10012 | 09/28/1987 | 1 |
| Grundfest, Andrea R. | CN 112, RJ Hughes Justice Center<br>Trenton, NJ 08625 | 02/14/1972 | 1 |
| Guarnotta, Christopher Joseph | O'Dwyer & Bernstein<br>52 Duane St<br>New York, NY 10007 | 05/17/1995 | 2 |
| Guarnuccio, Keith Anthony | Ahmuty Demers & McManus<br>123 William Street<br>New York, NY 10038 | 11/29/1995 | 2 |
| Gudmundsson, Kathleen Ann | 3805 Centenary Dr<br>Dallas, TX 75225 | 09/19/1991 | 1 |
| Gueft, Esther | Curtis Mallet-Prevost Colt & Mosle<br>101 Park Avenue<br>New York, NY 10178 | 06/28/1995 | 2 |
| Guest, John Faulkner | Southern California Edison Co.<br>2244 Walnut Grove Ave<br>Rosemead, CA 91770 | 05/23/1983 | 1 |
| Guibone, Cheryl L. | Milberg, Weiss, Bershad, Hynes & Lerach LLP<br>One Penn Plaza 48th Floor<br>New York, NY 10119 | 11/01/1999 | 1 |
| Gussow, Martin David | Veterans Administration<br>810 Vermont Avenue NW<br>Washington, DC 20004 | 03/23/1959 | 1 |
| Gut, Erica Leigh | Hammond Suddards Moor House<br>119 London Wall<br>EC2Y 5ET<br>London, England | 04/03/1978 | 1 |
| Gutman, Jeffrey Stuart | M.C.L. Corp.<br>48 First Ave<br>Atlantic Highlands, NJ 07716 | 12/11/1995 | 1 |
| Gutoff, Jonathan Michael | Roger Williams University School of Law<br>10 Metacom Avenue RM 259A<br>Bristol, RI 02809 | 03/26/1990 | 1 |
| Gutwirth, Ronald M. | 1675 York Avenue #24A<br>New York, NY 10128 | 06/03/1985 | 1 |
| Gwirtzman, Randolph Craig | Salomon Green & Ostrow, P.C.<br>919 Third Avenue<br>New York, NY 10022 | 03/22/1993 | 1 |
| Hagood, Kenneth D. | 414 E 65th Street<br>Apt 6-H<br>New York, NY 10021 | 12/12/1966 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hahl, Neil M. | 8180 Ravenswalk Lane Cincinnati, OH 45243 | 09/26/1977 | 1 |
| Hahm, Chaihark | 700 Huron Avenue #19B Cambridge, MA 02138 | 01/12/1998 | 1 |
| Hahn, David | Gordon Altman Butowsky Weitzen Shalov & Wein 114 W 47th Street New York, NY 10036 | 01/08/1997 | 2 |
| Haines, Daniel Noah | 225 East 63rd Street New York, NY 10021 | 12/05/1983 | 1 |
| Haines, Gerald | 113 N 3rd St Reading, PA 19601 | 06/21/1982 | 1 |
| Halajian, Paul Thomas | New York City Law Department 100 Church St RM 3-135 New York, NY 10007 | 11/01/1999 | 1 |
| Halberstam, Baruch Zev | Anderson Kill & Olick 1251 Avenue of the Americas New York, NY 10020 | 04/17/1996 | 2 |
| Halberstam, David | David Halberstam P.C. 1370 Avenue of the Americas New York, NY 10019 | 10/31/1962 | 2 |
| Haley, Vincent Martin | Cadwalader Wickersham & Taft 100 Maiden Lane New York, NY 10038 | 10/31/1994 | 1 |
| Hall, Jeffrey McGowan | Caribbean Basin Investment Fund 28-48 Barbados Avenue Loj Centre Kingston 5 Jamaica West Indies Kingston Jamaica, WI | 10/26/1999 | 1 |
| Hall, Lisa Gersh | Friedman & Kaplan LLP 875 Third Avenue New York, NY 10020 | 04/16/1984 | 1 |
| Hall, Richard Mather | Miles & Stockbridge 10 Light Street Baltimore, MD 21202 | 07/07/1970 | 1 |
| Halm, Willard Kim | 6928 Los Tilos Road Los Angeles, CA 90068 | 06/20/1979 | 1 |
| Halper, Holly Lisa | 430 East 57th Street New York, NY 10022 | 04/06/1981 | 1 |
| Halper, Jonathan Garett | Davis Polk & Wardwell 450 Lexington Ave New York, NY 10017 | 06/06/1994 | 1 |
| Hamilton, Melissa | Williams & Ballas 1800 Century Pk E, Suite 510 Los Angeles, CA 90067 | 01/11/1993 | 1 |
| Hamilton, William Roderick | MCA Inc 100 Universal City Plaza Universal City, CA 91608 | 02/05/1979 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hample, Thomas Jerome | Jeffrey M. Lampiasi, LLC 630 Broad Street Shrewsbury, NJ 07702 | 09/19/1994 | 1 |
| Handa, Sumit | Deloitte & Touche 2 World Financial Center New York, NY 10281 | 02/25/1998 | 2 |
| Handel, Matthew S. | 2128 S Coors Circle Lakewood, CO 80228 | 07/17/1989 | 1 |
| Handler, Heidi Lynn | 834 Chestnut Street Apt 1715 Philadelphia, PA 19107 | 11/30/1992 | 1 |
| Hanly, Kevin W. | 115 River Rd Edgewater, NJ 07020 | 03/19/1979 | 1 |
| Hanna, John | Brown, Diffenderffer, Wagonheim & Kearneyl, LLP. 22 W Pennsy A S300 Towson, MD 21204 | 06/14/1993 | 1 |
| Hannon, John Michael | Sullivan & Marshall 805 Third Avenue New York, NY 10022 | 06/22/1994 | 2 |
| Hanski, Adam Saul | Dewey Ballantine, LLP 1301 Avenue of the Americas New York, NY 10019 | 04/14/1999 | 2 |
| Hanson, David Parker | Duquesne University Pittsburgh, PA 15232 | 09/26/1977 | 1 |
| Hanson, Eugene P. | CitiCorp Bldg - Room 5344 153 East 53rd Street New York, NY 10022 | 01/15/1973 | 1 |
| Hanson, Paul Erling | Tucker Administrators 9140 Arrow Point Blvd Ste 200 Charlotte, NC 28217 | 07/29/1985 | 1 |
| Haran, Delia Marie | Lee Kirsch Lefkouitz & Kelman P.C. 401 Broadway Suite 900 New York, NY 10013 | 04/12/1999 | 1 |
| Hardenbergh, Evan Scott | Chesebrough-Ponds, Inc 33 Benedict Place Greenwich, CT 06836 | 07/07/1981 | 1 |
| Hardie, Donald Matthew | White & Case 1155 Ave of the Americas New York, NY 10036 | 08/23/1995 | 2 |
| Hardie, III William Huger | Jones Walker Waechter Poitevent Carrere And Denegre Pl St Charles 201 St Charles Ave New Orleans, LA 70170 | 04/11/1988 | 1 |
| Hardy, II George Francis | 3463 E Fourth Street Tucson, AZ 85716 | 03/15/1976 | 1 |
| Hare, Neil Emanuel | 45 West 60th Street #32b New York, NY 10023 | 07/15/1996 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Harish-Pikarsky, Galya | Galya Hirish-Pikarsky 41 Ramat Hagolan St Jerusalem, 97703 Israel | 06/16/1997 | 1 |
| Harkavy, Brian David | Schulte Roth & Zabel 900 Third Avenue New York, NY 10022 | 05/18/1998 | 1 |
| Harmatz, Jeffrey M. | 350 Fifth Avenue Suite 7220 New York, NY 10118 | 03/25/1996 | 1 |
| Harmon, Edward B. | Thorp Reed & Armstrong One Riverfront Center Pittsburgh, PA 15222 | 02/14/1972 | 1 |
| Harney, Carol Renton | 6612 Jill Ct McLean, VA 22101 | 09/29/1986 | 1 |
| Harper, · Douglas | 125 South Wacker Drive Suite 300 Chicago, IL 60606 | 05/06/1985 | 1 |
| Harper, Lesly Robyn | 16 Green St Newark, NJ 07102 | 11/02/1987 | 1 |
| Harris, Gregory L. | Rosenman & Colin, LLP 575 Madison Avenue New York, NY 10022 | 09/25/1989 | 1 |
| Harris, John P. | Lester, Schwab, Katz & Dwyer, LLP. 120 Broadway Floor 38 New York, NY 10271 | 03/15/1988 | 1 |
| Harris, Lori E. | Hutchins Wheeler & Dittmar 101 Federal Street Boston, MA 2110 | 06/15/1998 | 1 |
| Harris, Mark Meyer | Davis Pock & Wardwell 450 Lexington Avenue New York, NY 10017 | 05/24/1999 | 1 |
| Harrison, Robert Michael | Brody & Fabiani 757 Third Avenue New York, NY 10017 | 05/16/1990 | 2 |
| Hart, Carol | 5128 Second Ave Sacramento, CA 95817 | 05/06/1985 | 1 |
| Hart, Elizabeth | 6486 Regency Lane Eden Prairis, MN 55344 | 09/18/1995 | 1 |
| Hartman, Alan Philip | Merrill Lynch & Co World Financial Center North Tower, 30th Floor New York, NY 10281 | 04/23/1990 | 1 |
| Hartman, Michael A. | Starmedia 75 Varick St New York, NY 10013 | 10/11/1995 | 1 |
| Hartmann, . Kurt | Trans-National Research 75 North Maple Ave Ridgewood, NJ 07450 | 01/22/1996 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hart-Zafra, Christopher | HMP Realty Corporation<br>37 West 85th St<br>New York, NY 10024 | 10/17/1994 | 1 |
| Harvis, Steven Jay | Harvis & Trien LLP<br>750 Lexington Ave 6th Floor<br>New York, NY 10022 | 02/22/1971 | 1 |
| Hastings, Diana Marie | Orrick, Herrington & Sutcliffe<br>400 Sansome Street<br>San Francisco, CA 94111 | 03/02/1987 | 1 |
| Hatch, Richard Chase | 217 Beachers Brook Lane<br>Cary, NC 27511 | 06/27/1956 | 1 |
| Hauer, Karin Maria | Wolf Theiss & Partners<br>Schuberlring 8 1010<br>Vienna, Austria | 09/15/1997 | 1 |
| Hayden, Mary Helen | Citibank NA<br>153 E 53rd St<br>New York, NY 10043 | 05/23/1989 | 1 |
| Hayes, Gordon Hall | Testa Hurwitz & Thibeault<br>Exchange Place 53 State St<br>Boston, MA 02109 | 03/16/1981 | 1 |
| Heald, Rachel M. | Morvillo, Abramowitz, Grand Jason & Silberb Erg<br>565 Fifth Ave<br>New York, NY 10017 | 02/02/1998 | 1 |
| Healy, Elizabeth B. | 101 West 12th Street Apt 7N<br>New York, NY 10011 | 06/03/1985 | 1 |
| Heberling, Peter D.W. | The Coca-Cola Bottling Co of NY Inc<br>20 Horseneck Lane<br>PO Box 1820<br>Greenwich, CT 06836 | 03/14/1977 | 1 |
| Hecker, Marc Evan | 9259 Robin Drive<br>Los Angeles, CA 90069 | 02/14/1972 | 1 |
| Heckerling, Jeremy Adam | Schulte Roth & Zabel LLP<br>919 3rd Ave<br>New York, NY 10022 | 07/13/1998 | 1 |
| Hedley, John Edward | Homestead Technologies Inc<br>3375 Edison Way<br>Menlo Park, CA 94925 | 07/14/1997 | 1 |
| Hefter, Ellen R. | 969 Park Ave - #3F<br>New York, NY 10028 | 07/24/1991 | 2 |
| Heimlick, Roy A. | Deutsch & Frey LLP<br>18 East 41st Street Sixth Floor<br>New York, NY 10017 | 01/26/1967 | 2 |
| Heires, David Chamberlin | Price Waterhouse<br>World Firm Services Inc<br>10 Rockefeller Plaza 16th Floor<br>New York, NY 10020 | 03/03/1986 | 1 |
| Heit, Warren Stuart | Pennie & Edmonds<br>2730 Sandhill Road Suite 300<br>Menlo Park, CA 94025 | 06/10/1991 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Helbig, Sandra D. | 80 Pompton Ave<br>Verona, NJ 07044 | 08/02/1979 | 1 |
| Hellegers, John Frederick | Gerber & Gerber<br>One Montgomery Plaza<br>Norristown, PA 19401 | 12/12/1966 | 1 |
| Heller, Brian Abram | Shearman & Sterling<br>599 Lexington Ave<br>New York, NY 10022 | 03/06/1995 | 1 |
| Heller, Bruce Lawrence | DLT Entertainment Ltd.<br>31 West 56th Street<br>New York, NY 10019 | 03/05/1975 | 2 |
| Heller, Steven Wayne | 350 Fifth Ave 6011<br>New York, NY 10118 | 05/04/1992 | 1 |
| Helman, Steven Charles | 320 Riverside Drive - #6F<br>New York, NY 10025 | 04/15/1991 | 1 |
| Hennessey, Bartholomew Joseph | 178 Route 37 South<br>Sherman, CT 06784 | 07/08/1975 | 1 |
| Hennessy, Monica Nally | C/O James J. Hennessy<br>Consulate General of Ireland<br>345 Park Avenue<br>New York, NY 10154 | 11/27/1996 | 2 |
| Henry, Daniel Joseph | 131 E Broad Street<br>Suite 20c<br>Falls Church, VA 22046 | 02/14/1972 | 1 |
| Hentoff, Nicholas Simon | Hentoff Law Office, P.C.<br>Esplanade I<br>2415 E. Camelback Road,<br>Suite 700<br>Phoenix, AZ 85016 | 10/06/1992 | 1 |
| Herbin, Dominique Pascale Claude | 230 East 15th Street<br>Apt 8 E<br>New York, NY 10003 | 01/26/1988 | 3 |
| Herenstein, Matthew Paul | O'Sullivan Graev & Karabell, LLP<br>30 Rockefellr Plaza<br>New York, NY 10112 | 04/15/1992 | 2 |
| Herman, David Todd | 60 Oxbow Place<br>Wayne, NJ 07470 | 04/11/1994 | 1 |
| Herman, Robert Marc | Jaynor Sales Company<br>1414 NW 82 Ave<br>Miami, FL 33126 | 09/26/1977 | 1 |
| Hernandez, Alejandro Jose | Law Offices of Murray Richman<br>2027 Williamsbridge Rd<br>Bronx, NY 10461 | 01/14/1991 | 1 |
| Herscha, Lynette Ann | 253 Summer Street<br>Boston, MA 02210 | 11/16/1998 | 1 |
| Herschlag, Irwin | 90 Union St<br>Montclair, NJ 07042 | 03/30/1964 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Hershan, Robert H. | Vericaf Finance Co.,LLC 11 North Pond Rd Cresskill, NJ 07626 | 04/07/1980 | 1 |
| Hertz, David Craig | Sealy Mattress Company 697 River Street Paterson, NJ 07524 | 08/28/1989 | 1 |
| Hervey, Jr. Virgil Walter | Hervey Matsoukas & Schuman 350 Broadway New York, NY 10013 | 02/26/1973 | 2 |
| Hickman, J Barrett | J Barrett Hickman Esq 11 Westmare Ave Rowayton, CT 06853 | 01/16/1984 | 1 |
| Higgins, Susan Andrea | 13 Campden Grove Apt 11-D, W8 4JG London, 10024 England | 05/23/1983 | 1 |
| High, Don Neeley | 400 Chisholm Place Suite 400 Plano, TX 75075 | 08/24/1987 | 1 |
| Hiles, Clay | Hudson River Foundation 40 W 20th St Suite 1901 New York, NY 10011 | 03/15/1976 | 1 |
| Hilf, Allison | Skadden Arps Slate Meagher & Flom LLP 919 Third Avenue New York, NY 10022 | 08/04/1992 | 1 |
| Hill, Lloyd George | NYC Human Resources Administration 220 Church Street 6 Fl New York, NY 10013 | 11/16/1988 | 2 |
| Hippert, Pascal | Credit Agricole Indosuez 666 Third Avenue New York, NY 10017 | 06/02/2000 | 1 |
| Hirsch, Matthew Irwin | Lundy Flitter & Beldecos PC 450 N Narberth Ave 26 Federal Plaza Rm 13-110 Narberth, PA 19072 | 01/13/1986 | 1 |
| Hirschberger, Nora S. | 60 Sutton Place South Apt 12 C South New York, NY 10022 | 05/07/1986 | 2 |
| Hlebasko, Stephen Michael | Bank of America Ire 180 Montgomery St Suite 2300 San Francisco, CA 94104 | 10/01/1984 | 1 |
| Hoag, Gretchen | Kostelanetz & Fink, LLP 230 Park Avenue New York, NY 10169 | 07/06/1987 | 1 |
| Hobbet, Richard D. | Skadden Arps Slate Meagher & Flom 1440 New York Ave NW Washington, DC 20005 | 08/25/1981 | 1 |
| Hoberman, Richard Alan | Bronx Building Materials Corp 10 E 40th St Fl 46th New York, NY 10016 | 06/03/1985 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Hochberg, Steven Y. | Triangle Systems, Inc. 29 E. 19th St New York, NY 10003 | 06/24/1981 | 2 |
| Hochman, Andrew Blair | US Dept of Commerce Office of General Counsel Fourteenth St & Constitution Ave NW Washington, DC 20230 | 08/28/1989 | 1 |
| Hodge, Marshal Moore | Untertainment Records 3 East 28th Street 9th Floor New York, NY 10016 | 07/12/1999 | 1 |
| Hoehn, Peter C. | Bristol-Myers Squibb Company P.O. Box 4500 24th Floor Princeton, NJ 08543 | 03/25/1991 | 1 |
| Hoffman, Lawrence A. | Olshan Grundman Frome & Rosenzweig 505 Park Avenue New York, NY 10022 | 05/19/1980 | 1 |
| Hofkin, Leah Anne | Well Gotshal & Manges 1615 L Street NW Suite 700 Washington, DC 20036 | 03/27/1989 | 1 |
| Hoimes, Margaret C. | 118 West 79th St 15C New York, NY 10024 | 07/07/1980 | 1 |
| Holland, Louise | Vision Artist Management 307 W 36th St New York, NY 10018 | 01/25/1994 | 3 |
| Holland, Mona | Greenwald Christoph & Holland 1370 Avenue of the Americas 32nd Fl New York, NY 10019 | 08/31/1998 | 1 |
| Holland, Nancy Anne | J.P. Morgan & Co. Incorporated 60 Wall Street New York, NY 10260 | 05/05/1993 | 2 |
| Hollander, David Benjamin | Johnson & Wortley PC 900 Jackson Street Dallas, TX 75202 | 05/05/1986 | 1 |
| Holleran, Eileen Theresa | Goldman Sachs & Co. 85 Broad Street 3rd Floor New York, NY 10004 | 06/19/1996 | 2 |
| Holley, Robin Renee | District Attorney's Office, Bronx County 215 E 161st Street Bronx, NY 10451 | 01/05/1994 | 2 |
| Hollman, Daniel P. | 300 E 51st St New York, NY 10022 | 12/13/1957 | 1 |
| Hollo, Leslie Stephen | Snow, Atticks & Hollo, LLC 69 Wall Street Madison, CT 06443 | 05/02/1988 | 1 |
| Holohan, Joseph P. | 615 John Muir Drive San Francisco, CA 94132 | 06/29/1964 | 1 |
| Holtz, Laura V. | Rockefeller & Co. 30 Rockefeller Plaza Room 5600 New York, NY 10112 | 04/24/1978 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Hong, Henry David | Kim Chung & Lim 4525 Wilshire Boulevard Suite 202 Los Angeles, CA 90010 | 11/05/1984 | 1 |
| Hong, Yie-Chung | 135 MacDougal St New York, NY 10012 | 06/02/1997 | 1 |
| Honschke, Neil David | Handwerker Honschke Marchelos & Gayner 350 Broadway 10th Fl New York, NY 10013 | 05/31/1989 | 2 |
| Hootnick, Mark Steven | Kramer, Levin, Naftalis, Nessen Kamin & Frankel 919 Third Avenue New York, NY 10022 | 02/05/1996 | 1 |
| Horakh, Warren | New York State Department of Labor 345 Hudson Street Mail Stop #6F, PO Box 697 New York, NY 10014 | 09/16/1992 | 2 |
| Horne, Rhonda Harrietta | Manhattan District Atty's Office 80 Centre St Rm 298 New York, NY 10013 | 05/30/1984 | 2 |
| Horowitz, Corey Michael | CMH Capital Management 909 Third Avenue 9th Floor New York, NY 10021 | 05/06/1981 | 2 |
| Horowitz, Jay Bruce | Strategic Legal Resources, Inc. 500 5th Ave Ste 2520 New York, NY 10110 | 03/21/1988 | 1 |
| Horowitz, Melissa Gail | Zurich US 1 Liberty Plz New York, NY 10006 | 03/02/1998 | 1 |
| Horton, Charles Chin Tao | Lyman & Landy, LLP 405 Park Avenue Suite 1704 New York, NY 10022 | 02/25/1998 | 2 |
| Horton, Raymond D. | Columbia University Grad. School of Business Uris 725 116th & Broadway New York, NY 10027 | 03/22/1967 | 2 |
| Horwich, Carolyn Ann | Child Support Enforcement Program Dept of Revenue PO Box 8030 Tallahassee, FL 32314 | 07/27/1987 | 1 |
| Hoskins, Yvonne | Yvonne May P A 7 Windward Island Clearwater, FL 33515 | 03/13/1978 | 1 |
| House, Calvin R. | Gutierrez & Preciado 200 South Los Robles Pasadena, CA 91101 | 03/14/1977 | 1 |
| Hovde, Peter Bryn | 460 Riverside Drive New York, NY 10027 | 02/28/2000 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Howard, Roseann | Chubb & Son, Inc 1221 Ave of the Americas New York, NY 10020 | 05/29/1991 | 2 |
| Hoyt, Irene Goldman | Hoyt & Co Inc 4365 US Rt One Princeton, NJ 08540 | 08/25/1986 | 1 |
| Hsing, Mei-Wen | Far Eastone Telecommunications Co Ltd 7F 207 Tun Hwa South Road Section II, Taiwan 106 Taipei, China | 09/15/1998 | 1 |
| Huang, Yan Tzu | 350 West 50th Street Apt 31D New York, NY 10019 | 04/20/1998 | 1 |
| Hubbard, Read S T | 444 W 35th St New York, NY 10001 | 01/12/1998 | 1 |
| Huber, Marie | Hewlett-Packard Company 3000 Hanover St MS 20BQ Palo Alto, CA 94304 | 03/17/1987 | 1 |
| Huckaby, Samuel Todd | Goldman Sachs and Co. 85 Broad Street 22nd Floor New York, NY 10004 | 06/22/1992 | 1 |
| Huddle, Jonathan Eugene | Wilkofsky, Friedman, Karel & Cummins 299 Broadway Suite 1700 New York, NY 10007 | 08/05/1996 | 1 |
| Hudson, Jr. Joseph Bailey | Clark & Trevithick 800 Wilshire Blvd. Suite 1200 Los Angeles, CA 90017 | 03/29/1976 | 1 |
| Huertas-Perez, Jose Luis | 31 Tiemann Place Suite 34 New York, NY 10027 | 01/11/1993 | 1 |
| Huger, Jr. Daniel Elliott | 7 Broad St Charleston, SC 29401 | 06/23/1958 | 1 |
| Huggins, Gail Angela | Laface Records 3350 Peachtree Road Ste 1500 Atlanta, GA 30319 | 10/17/1994 | 1 |
| Hughes, Tracey | 4713 Yuma St NW Washington, DC 20016 | 05/23/1988 | 1 |
| Hughson, Amy Meltzer | Thomson Holdings Inc. One Station Place Stamford, CT 06902 | 06/01/1987 | 1 |
| Huh, Young Choo Lee | 1 Gracie Terrace Apt 1A New York, NY 10028 | 12/07/1998 | 1 |
| Hume, Sophie Hager | Winthrop Stimson Putnam & Roberts One Battery Park Plaza New York, NY 10004 | 05/17/1993 | 1 |
| Hung, Wei-Chin Virginia | Ging-Hua Law Office Tun-Hua S. Rd. Sec 1-187-22-5th Taipei, Taiwan | 06/22/1992 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Hunt, Elizabeth Joan Patricia | Intl Bank For Reconstruction & Development 1818 H St NW Washington, DC 20037 | 10/22/1979 | 1 |
| Hurwitz, Andrew Scott | Knitting Factory Records 74 Leonard St New York, NY 10013 | 05/12/1998 | 3 |
| Hutchens, Walter C. | Paul Weiss Rifkind Wharton & Garrison 1285 Avenue of the Americas New York, NY 10019 | 11/20/2000 | 1 |
| Hutton, William Terrel | Hastings College of Law University of California 200 McAllister Street San Francisco, CA 94102 | 06/24/1968 | 1 |
| Hwang, Chang Sik | 200 Rector Place New York, NY 10280 | 05/20/1997 | 1 |
| Hwang, Young Joo | Kim & Chang 223 Naeja-Dong Chongro-Ku Seoul, Korea 10036 | 03/25/1996 | 1 |
| Hyatt, Sherry Vaden | 444 East 86th Street Apt 20D New York, NY 10028 | 01/30/1985 | 2 |
| Hyde, Christopher West | Stryker Tams & Dill 2 Penn Plaza East Suite 7967 Newark, NJ 07105 | 03/21/1988 | 1 |
| Hymes, Stephen Michael | D'Amato & Lynch 70 Pine Street New York, NY 10270 | 09/24/1990 | 1 |
| Hymowitz, Deborah Alicia | 525 E 72nd St 33F New York, NY 10021 | 11/30/1992 | 1 |
| Hymowitz, Gregg Scott | Entrust Capital Inc. 650 Madison Ave New York, NY 10022 | 03/04/1991 | 1 |
| Hyun, Chun Wook | Kim & Chang Seyang Bldg 223 Naeja-Dong Chongro-Ku, 110-053 Seoul, Korea 10004 | 02/01/1988 | 1 |
| Iamunno, Marie Lucille | 250 E 73rd St Apt 21A New York, NY 10021 | 06/13/1988 | 1 |
| Iannotti, John Edward | American International Group 70 Pine St New York, NY 10270 | 02/07/1990 | 2 |
| Ibrahim, Saburabi | Milbank, Tweed, Hadley & McCloy 1 Chase Manhattan Plaza New York, NY 10005 | 08/22/1988 | 1 |
| Iervolino, Henry M. | Sales Manager Merrill Lynch 200 Park Ave, 13th Fl. New York, NY 10166 | 03/23/1994 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Iglesias, III Raymond | Leboeuf, Lamb, Greene & Macrae, LLP 125 West 55th Street New York, NY 10019 | 11/16/1999 | 1 |
| Ignacio, Jr. David Gomez | 29 John St Rm 1505 New York, NY 10038 | 09/17/1997 | 2 |
| Imparato, Jill A. | Rohm And Haas Company 100 Independence Mall West Philadelphia, PA 19106 | 06/01/1992 | 1 |
| Imperial, Moira | Acordia Northeast 90 Park Avenue New York, NY 10016 | 09/16/1996 | 1 |
| Inde, Vilis Raimonds | Larkin Hoffman Daly & Lindgren, Ltd 7900 Xerxes Av S Bloomington, MN 55431 | 10/31/1988 | 1 |
| Infantolino, Joseph A. | Arts & New Media Center 450 W 15th Street, #602 New York, NY 10011 | 09/19/1994 | 1 |
| Inglis, Jay Robert | Holt Corporation 206 East 61st Street New York, NY 10021 | 12/10/1962 | 1 |
| Ingrassia, James Martin | 3128 Lake Washington Rd Suite 107 Melbourne, FL 32934 | 03/27/1967 | 1 |
| Inkeroinen, Pekka Aarne O. | Law Office Hannes Snellman Aleksanterinkatu 48 A SF-00100 Helsinki, Finland | 12/04/1989 | 1 |
| Inman, Straughn | 118 Hillsdale Ave. W Toronto Ontario, M5P 1G6 QC, Canada | 06/19/1978 | 1 |
| Isaacs, Steve Eric | Schiff Hardin & Waite 6600 Sears Tower Chicago, IL 60606 | 03/04/1996 | 1 |
| Isacsen Klass, Kristen Laura | Fried Frank Harris Shriver & Jacobson 1 New York Plz New York, NY 10004 | 06/14/1999 | 1 |
| Isikow, Michael S. | Donaldson, Lufkin & Jenrette 277 Park Avenue New York, NY 10172 | 04/14/1993 | 2 |
| Israel, Evan S. | First Investors Corporation 95 Wall Street 23rd Floor New York, NY 10005 | 09/18/1985 | 2 |
| Ittner, Robert Austen | Time Warner Inc. 75 Rockefeller Plaza New York, NY 10019 | 03/30/1964 | 1 |
| Jackson, Janene Danielle | 1500 Massachusetts Avenue Washington, DC 20005 | 11/22/1999 | 1 |
| Jackson, Joan Beverly | 9430 Boca Cove Circle Apt. 212 Boca Raton, FL 33428 | 08/07/1989 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------|------|------|
| Jacob, Steven Eliot | Steven & Jacob Columbus Circle Station PO Box 20936 New York, NY 10023 | 07/27/1987 | 1 |
| Jacobs, Yvonne Angela | C/O P Jacobs 435 East 14th Street 9A New York, NY 10009 | 07/27/1987 | 1 |
| Jacobson, Richard Douglas | Chemical Securities, Inc. 270 Park Ave New York, NY 10017 | 03/26/1990 | 1 |
| Jacobson, Steven Arnold | 4616 Larchwood Ave Philadelphia, PA 19143 | 12/03/1990 | 1 |
| Jaffe, Marc Edward | 386 Park Avenue South New York, NY 10016 | 09/26/1977 | 1 |
| Jaffe, Mark Eric | Proskauer Rose LLP 1585 Broadway New York, NY 10036 | 08/11/1999 | 1 |
| Jaffe, Seth Hillel | Curtis Mallet-Prevost Colt & Mosle 101 Park Avenue New York, NY 10178 | 07/27/1999 | 3 |
| Jagid, Jeffrey Mark | I.D. Systems, Inc. One Silicon Alley Plaza 90 William Street, Ste 402 New York, NY 10038 | 03/06/1995 | 1 |
| Jagiela, John S. | The Marshall Group Inc. 150 South 5th St Ste 3000 Minneapolis, MN 55402 | 07/08/1976 | 1 |
| James, Raymond C. | 370 Park Avenue New York, NY 10017 | 02/25/1976 | 2 |
| James, Terri Lynnette | University of Miami School of Law 1311 Miller Drive, RM G385 Coral Gables, FL 33146 | 09/20/1993 | 1 |
| Jarosz, William Wasyl | AIG Capital Partners, Inc. 80 Pine Street 14th Fl New York, NY 10005 | 03/17/1998 | 3 |
| Jasper, Robineve | Winthrop Stimson Putnam & Roberts 1155 Connecticut Avenue NW Washington, DC 20036 | 03/26/1984 | 1 |
| Jeannette-Meyers, Kristin L. | CBS News 555 West 57th St New York, NY 10019 | 08/12/1991 | 1 |
| Jefferson, Nicola Tollett | 560 Riverside Drive #5D New York, NY 10027 | 10/21/1991 | 1 |
| Jeffries, Sean Michael | Battle Fowler LLP 75 East 55th St New York, NY 10022 | 11/20/1995 | 1 |
| Jemal, David J. | 110 W 34th St 9th Floor New York, NY 10001 | 05/29/1991 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Jemas, Jr. William | Madison Square Garden Two Penn Plaza 14th Floor New York, NY 10121 | 02/04/1985 | 1 |
| Jen, Lynette D. | Claims Administration Corporation 85 John St New York, NY 10038 | 11/20/1995 | 1 |
| Jendraszek, Patricia Anne | 171 E 84th Street #29E New York, NY 10028 | 09/25/1989 | 1 |
| Jenkins, Thomas Haywood | Finnegan Henderson Farabow Garrett & Dunner 1300 I St NW Washington, DC 20005 | 06/16/1980 | 1 |
| Jentis, Stuart Mark | Menagh Trainor, Mundo & Flacone P.C. 386 Park Ave South 13th Floor New York, NY 10016 | 03/02/1992 | 1 |
| Jiganti, Jeanine | Jenner & Block One IBM Plaza Chicago, IL 60611 | 05/23/1988 | 1 |
| Jo, Chang B. | Cravath, Swaine & Moore Worldwide Plaza 825 Eighth Avenue New York, NY 10019 | 02/02/1998 | 1 |
| Johnson, Anne Elizabeth | Ohrenstein & Brown, LLP Counselors at Law One Penn Plaza New York, NY 10119 | 07/06/1987 | 1 |
| Johnson, Curtis Bruce | DC America, Inc. 280 Park Ave 28th Floor West Bldg New York, NY 10017 | 03/08/1983 | 3 |
| Johnson, David Lee | KPMG LLP 757 3rd Ave New York, NY 10017 | 01/27/1999 | 2 |
| Johnson, Douglas B. | Prudential Securities Inc. One New York Plaza 18th Floor New York, NY 10292 | 06/01/1987 | 1 |
| Johnson, Edward Beman | Multnomah County Legal Aid Services 700 SW Taylor Suite 300 Portland, OR 97209 | 03/14/1994 | 1 |
| Johnson, Jimmie | Law Offices of Jimmie Johnson Post Office Box 36619 Los Angeles, CA 90036 | 01/26/1976 | 1 |
| Johnson, Philip R. | Cegelec 13 Rue Antonin Raynaud 92309 Levallois-Perr, France | 02/09/1976 | 1 |
| Johnson, Rick | Stone House Investors 666 Fifth Ave 37th Floor New York, NY 10103 | 01/26/1976 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Johnson, Sarah A. | 166 West 72nd Street Apt 6-A New York, NY 10023 | 03/18/1997 | 1 |
| Johnson, Thomas Michael | Anderson Kill Olick & Oshinsky P.C. 1251 Avenue of the Americas New York, NY 10020 | 09/16/1992 | 2 |
| Johnston, Virginia Lee | 170 Roberta Drive Woodside, CA 94062 | 06/18/1984 | 1 |
| Jones, Anthony | 26 Bridge Street Hackensack, NJ 07601 | 04/10/2000 | 1 |
| Jones, Greg Scott | 206 W 106th St Apart 33 New York, NY 10025 | 09/20/1993 | 1 |
| Jones, Jr. Hersy | 401 Edwards Street Suite 1930 Shreveport, LA 71101 | 11/02/1987 | 1 |
| Jones, Leslie Ouimette | Rank America Inc. 5 Concourse Parkway Suite 2400 Atlanta, GA 30328 | 07/07/1981 | 1 |
| Jones, Linwood A. | 141 S Harrison St Suite 740 East Orange, NJ 07018 | 12/01/1980 | 1 |
| Jones, Martha Suzanne | 1425 Amsterdam Ave Apt 8 N New York, NY 10027 | 12/05/1988 | 1 |
| Jones, Richard L. | 19 West 34th St Penthouse 13th Fl New York, NY 10001 | 10/22/1979 | 1 |
| Jones, Sean M. | Kennedy Covington Lobdell & Hickman, LLP Nationsbank Corporate Center 100 North Tryon St, Ste 4200 Charlotte, NC 28202 | 07/16/1990 | 1 |
| Jones, William Anthony | Goldman Sachs International Petersborough Court 133 Fleet St, EC4A 2BB London, 8540 England | 05/07/1990 | 1 |
| Jordanich, Edward John | Sonnenschein Nath & Rosenthal 1221 Avenue of the Americas 24th Fl New York, NY 10020 | 08/05/1996 | 1 |
| Judlowe, Miriam Sue | 1105 Park Avenue Apt 5C New York, NY 10128 | 06/13/1988 | 1 |
| Jue, Keith Duane | 1 Union Square South # 19 H New York, NY 10003 | 05/02/1988 | 1 |
| Juer, Goldi Sharon | Harms Della Jacono & Finneran 1177 Ave of the Americas Suite 3846 New York, NY 10036 | 07/01/1987 | 2 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Juliano, Alexandra Gevas | Aaronson Rappaport Feinstein & Deutsch 757 Third Ave New York, NY 10017 | 06/12/1993 | 1 |
| Jun, Jenny E. | Simmons Viall & Lee 1201 Third Avenue Suite #1640 Seattle, WA 98010 | 07/12/1994 | 1 |
| Jun, Richard C. | Omelveny & Meyers 400 South Hope St Los Angeles, CA 90071 | 06/03/1996 | 1 |
| Jung, Jennifer S. | Union Bank of Switzerland 299 Park Ave New York, NY 10171 | 01/10/1994 | 1 |
| Jurash, Stephen R. | Legal Aid Society 15 Park Row New York, NY 10011 | 05/08/1975 | 2 |
| Jurca, David Florian | Helsell Fetterman Martin Todd & Hokanson 1500 Puget Sound Plaza PO Box 21846 Seattle, WA 98111 | 02/22/1971 | 1 |
| Justesen, Erik | Peter Justesen Company Redmolen 2 PO Box 2721 Freeport, Copenhagen DK-2100, Denmark | 04/09/1985 | 1 |
| Justus, David | 48 J Nassau Street Princeton, NJ 08542 | 06/19/1995 | 1 |
| Kaba Pardo, Sonia M. | 37 Nassim Rd #02-03 Nassim Regency, 258423 Singapore, Japan | 11/19/1991 | 1 |
| Kabcenell, Nicholas John | Muska'tli Utca 5 Apt 17G, 1124 Budapest, 10001 Hungary | 06/04/1990 | 1 |
| Kagan, Blaire F. | Unilever United States, Inc. 390 Park Avenue New York, NY 10022 | 05/18/1994 | 2 |
| Kageneck, Karl-Erbo | King & Spalding 120 W 45th St 32nd Fl New York, NY 10036 | 01/17/1983 | 1 |
| Kah, Jong-Hyun | Skadden, Arps, Slate, Meagher & Flom, LLP. 919 Third Avenue New York, NY 10022 | 04/07/1998 | 1 |
| Kahn, David Brian | Indiana Pacers 125 S. Pennsylvania Indianapolis, IN 46204 | 09/19/1994 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------|------|------|
| Kakuta, Yumi | Merrill Lynch Japan Inc. Ore Center Building 100-8180 Tokyo, Japan | 03/04/1996 | 1 |
| Kalisch, Robert M. | PO Box 2134 Hoboken, NJ 07030 | 11/05/1984 | 1 |
| Kallor, Bruce Evan | Purdy & Kallor 1220 Lexington Ave Ste 2E New York, NY 10028 | 02/27/1991 | 2 |
| Kalms, Yvonne | Mrs. Yvonne Green Stet Esq Queen Elizabeth Building Temple, EC4Y 9BS London, England | 02/04/1985 | 1 |
| Kalmus, Peter Joseph | 14 Barclay Street New York, NY 10007 | 07/28/1982 | 2 |
| Kanarick, Michael David | NJ Democratic State Committee 150 West State Street Trenton, NJ 08608 | 05/01/1995 | 1 |
| Kane, Kevin Patrick | Merrill Lynch and Co World Financial Center North Tower, 23rd Floor New York, NY 10281 | 06/08/1994 | 2 |
| Kaplan, Barbara Lee | Graubard, Mollen & Miller 600 Third Ave 31st Flr New York, NY 10016 | 01/13/1997 | 1 |
| Kaplan, Jennifer Lynn | Metropolitan Life Insurance Co IB Consulting Services, 5-E One Madison Ave New York, NY 10010 | 05/29/1991 | 2 |
| Kaplan, Muriel B. | Saltzman & Johnson 120 Howard St Suite 520 San Francisco, CA 94105 | 05/02/1983 | 1 |
| Kapp, Richard Howard | Schenkers International Forwarders Inc Exchange Place Centre 10 Exchange Place Suite 1500 Jersey City, NJ 07302 | 02/25/1974 | 1 |
| Karney, Anessa Lee | Orrick Herrington & Sutcliffe 666 Fifth Avenue New York, NY 10103 | 05/03/1999 | 1 |
| Karol, Sheon | Lechter's 1 Cape May Street Harrison, NJ 07029 | 06/16/1986 | 1 |
| Karow, John Emory | Gold Waters 4500 No Scottsdale Rd Scottsdale, AZ 85252 | 06/19/1978 | 1 |
| Karter, Linda S. | 48 High Gate Drive Avon, CT 06001 | 07/28/1986 | 1 |
| Kassan, Alayna Hope | Arthur Andersen LLP 1345 Avenue of the Americas New York, NY 10003 | 11/25/1996 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Kaszerman, Kenneth R. | Three Lincoln Center 160 West 66th St, #43E New York, NY 10023 | 02/01/1988 | 1 |
| Katarincic, Jr. Joseph Anthony | Katarincic & Salmon 2600 CNG Tower Pittsburgh, PA 15222 | 08/10/1992 | 1 |
| Katende, Sim Kituuka | C/O P.O. Box 2344 Uganda, East Kampald, South Africa | 01/25/2000 | 1 |
| Kates, Mary C. | The Lincoln Building 60 East 42nd Street Suite 733 New York, NY 10165 | 07/19/1989 | 2 |
| Katz, Amy Beth | Luskin & Stern 1500 Broadway New York, NY 10036 | 11/21/1994 | 1 |
| Katz, Amy Esther | Dorsey & Whitney 220 South 6th Street Minneapolis, MN 55402 | 10/31/1994 | 1 |
| Katz, Jeffrey Alan | The Larrimore Building 444 East 75th Street Suite 11-A New York, NY 10021 | 02/04/1981 | 2 |
| Katz, Jeffrey Howard | 4 Washington Square Village Apartment 12A New York, NY 10012 | 03/03/1997 | 1 |
| Katz, Roger Norman | Nisos Advisors USA 1350 Avenue of the Americas 27th Floor New York, NY 10019 | 07/06/1987 | 1 |
| Kaufman, Jane | NYC Law Department 100 Church St New York, NY 10007 | 07/19/1989 | 2 |
| Kaufman, Philip Robert | 225 Broadway New York, NY 10007 | 03/31/1975 | 1 |
| Kaufmann, Susanne Audrey | Sills Cummis Etal One Riverfront Plaza Newark, NJ 07102 | 06/20/1994 | 1 |
| Kean, Warren Paul | Kennedy Covington Lobdell & Hickman 100 North Tryon St Suite 4200 Charlotte, NC 28202 | 10/30/1989 | 1 |
| Keaney, Anne Therese | Command Petroleum Limited Level I 191 New South Head Road NSW 2073 Edgecliff, Australia | 04/07/1992 | 1 |
| Keen, Victor Ford | Cohen, Shapiro, Polisher Shiekman and Cohen 12 S. 12th St. PSFS Bldg.- 26th Fl Philadelphia, PA 19107 | 04/13/1970 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|------------------------|-----------|-------|
| Kelleher, Christopher John | Law Office of John P. Healy 1 World Trade Ctr New York, NY 10048 | 09/20/2000 | 2 |
| Keller, Dean William | Salomon Brothers Inc. Seven World Trade Center New York, NY 10048 | 04/10/1995 | 1 |
| Keller, Paula L. | Ciba-Geigy Corp. 556 Morris Avenue Summit, NJ 07901 | 07/11/1988 | 1 |
| Kelly, Jean M. | O'Donoghue & O'Donoghue 4748 Wisconsin Ave., NW Washington, DC 20016 | 03/25/1996 | 1 |
| Kelly, Leslie Jacobson | Home Box Office Inc 1100 Avenue of the Americas New York, NY 10036 | 02/11/1977 | 3 |
| Kelly, Stanley Conway | United Air Lines Inc PO Box 66100 Chicago, IL 60666 | 03/25/1974 | 1 |
| Kelly, William Davis | Jones Spitz Moorhead & Baird 415 North Main St P O Box 987 Anderson, SC 29622 | 11/30/1960 | 1 |
| Kelsey, Nicole Linda | Willkie Farr & Gallagher 787 7th Avenue New York, NY 10019 | 03/18/1997 | 1 |
| Kemp, Jerylle M. | State of New York Mortgage Agency 641 Lexington Ave 9th Floor New York, NY 10022 | 06/20/1983 | 1 |
| Kennedy, Gregory Davis | Morgan Stanley Dean Witter & Co. 1585 Broadway 28th Floor New York, NY 10036 | 09/16/1996 | 1 |
| Kennedy, Harlene Silvern | Akin Gump Strauss Hauer & Feld 1500 NCNB Plaza 300 Convent St San Antonio, TX 78205 | 07/08/1985 | 1 |
| Kenner, Hamilton Gray | PO Box 904 Panama City, FL 32402 | 03/23/1959 | 1 |
| Kenny, Ann Terese | Sullivan & Cromwell 125 Broad Street New York, NY 10004 | 01/05/1994 | 2 |
| Kenny, Carolyn Bernadette | 331 E 82nd St New York, NY 10028 | 03/15/1976 | 1 |
| Kenyon-Slade, Stephen Laurence | Shearman & Sterling 199 Bishopsgate EC2M 3TY London, England | 06/20/1994 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Kerrigan, Fergus Anthony | Fergus Kerrigan Danish Centre For Human Rights Studiestraede 38, DK 1455 Copenhagen K Denmark | 03/04/1996 | 1 |
| Kessler, Suzanne Sara | USlife Corporation 125 Maiden Lane New York, NY 10038 | 05/23/1988 | 1 |
| Khattar, Roshni | 330 E 38th St Apt 15 P New York, NY 10016 | 10/06/1997 | 1 |
| Khimji, Mahmood Jaffer | Larco Investments 4600 Fuller Drive #350 Irving, TX 75058 | 05/06/1985 | 1 |
| Khrenov, Vladimir | Coudert Brothers 1114 Avenue of the Americas New York, NY 10036 | 12/11/1995 | 1 |
| Kiefer, Lawrence B. | 316 Ashland Road Summit, NJ 07901 | 05/19/1980 | 1 |
| Kiely, Daniel Joseph | Munich American Reinsurance Co 560 Lexington Ave New York, NY 10022 | 11/14/1979 | 2 |
| Kilduff, Kevin Joseph | Goldstein & Manello, P.C. 265 Franklin Street Boston, MA 02110 | 06/16/1997 | 1 |
| Kilgore, Maura Kate | New York Law Publishing 345 Park Avenue South 8th Floor New York, NY 10010 | 12/17/1997 | 2 |
| Kim, Dong-Gun | BT Wolfensohn 599 Lexington Avenue New York, NY 10022 | 06/14/1993 | 1 |
| Kim, Kwon Hoe | Kim Shin & Yu CPO Box 3238, 12th Flr Leema Bldg 146-1 Susong-Dong Chungro-Ku, 110-755 Seoul, Korea | 03/01/1999 | 1 |
| Kim, Yoonkyong Maggie | Hanmi Bank 3660 Wilshire Blvd Ph-A Los Angelos, CA 90010 | 03/14/1994 | 1 |
| Kim, Yuri Elizabeth | Credit Suisse First Boston P.O. Box 900 Uetlibergstrasse 231, 8070 Zurich, Switzerland | 08/10/1992 | 1 |
| Kimball, Franklyn Davis | McDermott Will & Emery 227 West Monroe Street Suite 4400 Chicago, IL 60606 | 01/15/1979 | 1 |
| Kimball, Susannah Wetherbee | 233 Broadway Suite 4704 New York, NY 10279 | 09/21/1992 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Kimmel, Dana Spector | Wien Malkin & Bettex 60 East 42nd Street New York, NY 10165 | 01/22/1990 | 1 |
| Kincaid, Jennifer Uber | 1271 Fenbrook Lane Bloomington, IN 47401 | 02/02/1998 | 1 |
| Kindell, Judith Elaine | Internal Revenue Service 1111 Connecticut Ave NW Room 6039 CP:E:EO:P Washington, DC 20224 | 07/11/1988 | 1 |
| King, William J. | C/O Law Offices of Ridley Whitaker 1 Rockefeller Plaza Suite 1520 New York, NY 10020 | 03/13/1978 | 1 |
| Kinnard, Stephen Douglas | Skadden, Arps, Slate, Meagher & Flom LLP One Newark Center Newark, NJ 07102 | 02/04/1985 | 1 |
| Kirkley, John Harris | Wonjon Intellectual Property Law Firm C.P.O. Box 6582 100-665 Seoul, Korea | 01/15/1979 | 1 |
| Kirshenbaum, Elizabeth Jane | Prudential Securities Incorporated 100 Gold Street New York, NY 10292 | 10/31/1994 | 1 |
| Kirshenbaum, Michael Sobel | Volpe Welty 1 Maritime Plaza San Francisco, CA 94111 | 11/09/1992 | 1 |
| Kirshner, Courtney Sarah | 1060 5th Ave New York, NY 10028 | 10/18/1993 | 1 |
| Klass, Max | 313 Rowantree Circle Yardley, PA 19067 | 01/14/1980 | 1 |
| Klein, Richard M. | Taco Bell Corp 11 Eves Dr #170 Marlton, NJ 08053 | 06/19/1989 | 1 |
| Klueger, Robert Franklin | 5445 DTC Parkway Penthouse 4 Englewood, CO 80111 | 04/24/1978 | 1 |
| Knopper, Karen Leslie | Dannys Markets Inc 26245 Michigan Ave Inkster, MI 48141 | 08/24/1978 | 1 |
| Knox, James C. | Zurich Insurance Co. One Liberty Plaza New York, NY 10006 | 06/22/1992 | 1 |
| Ko, Chung Won | 276 5th Ave Suite 803 New York, NY 10001 | 03/02/1987 | 1 |
| Koehn, Mark Allen | Western Dakota Technical Institute 800 Mickelson Drive Rapid City, SD 57701 | 09/19/1991 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|---|---|---|---|
| Koh, Seungduk | Villa #101, Banpo-4-Dong 98-1 Seocho-Gu, Seoul Korea 137-070 | 05/07/1990 | 1 |
| Kohn, Deena Rochelle | 210 West 70th Street Apt 208 New York, NY 10023 | 03/20/1995 | 1 |
| Kolinsky, Gerald | 2 Balboa Cove Hot Springs Village, AR 71909 | 09/24/1953 | 1 |
| Koloski, Cynthia Sims | Association of American Publishers 71 5th Ave New York, NY 10003 | 09/18/1995 | 1 |
| Konrad, Gerlinde Celia | Bank Austria AG Vordere Zollamts-Strasse 13 A-1030, Wien Austria, Europe | 03/17/1998 | 1 |
| Kops, Rachel Elana | 550 Grand St Apt H1F New York, NY 10002 | 07/14/1997 | 1 |
| Kornfeld, Adam Henry | Coudert Brothers 1114 Ave of Americas New York, NY 10036 | 11/20/1995 | 1 |
| Korotkin, Gayle | Southern Justice Institute 106 West Parrish St 3rd Fl Durham, NC 27701 | 07/07/1977 | 1 |
| Kory, Marianne Greene | 3 Northshore Drive Burlington, VT 05401 | 02/07/1983 | 1 |
| Kosoy, Brian D. | Anderson, Kill & Olick, P.C. 1251 Avenue of the Americas New York, NY 10020 | 03/24/1997 | 1 |
| Kousi, John | Eastwind Investment Company 444 Madison Avenue Suite 200 New York, NY 10022 | 03/31/1960 | 2 |
| Kowal, John Francis | Schulte Roth & Zabel 900 Third Avenue New York, NY 10022 | 10/29/1986 | 2 |
| Kowaloff, Steven D. | 225 Broadway Suite #1900 New York, NY 10007 | 07/23/1980 | 2 |
| Kowalski, Jerome | Kowalski & Schub 767 Third Ave New York, NY 10017 | 02/16/1977 | 2 |
| Kozmor, Edward | Edward P Kozmor 213 E Verona Blvd Pleasantville, NJ 08232 | 12/10/1962 | 1 |
| Kraeling, Cecilia Schmadeke | 59 Courtland Avenue Stamford, CT 06902 | 03/23/1953 | 1 |
| Krahmer, Kai | Morgan Stanley Dean Witter 1585 Broadway Flr 31st New York, NY 10036 | 05/18/1998 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Kramer, Morton Paul | 2460 Williamsbridge Road Bronx, NY 10469 | 10/15/1964 | 2 |
| Kramm, Deborah Lucille | Holland & Knight 2100 Pennsylvania Avenue, N.W. Suite 300 Washington, DC 20037 | 05/03/1982 | 1 |
| Krantz, Samuel | Krantz & Cohen One S New York Ave Suite 512 Atlantic City, NJ 08401 | 02/14/1972 | 1 |
| Krause, Charles David | Fishman & Callahan, P.C. 120 Eagle Rock Avenue East Hanover, NJ 07936 | 09/19/1994 | 1 |
| Kreisel-Kilstock, Richard Anthony | 125 W 55th Street New York, NY 10019 | 09/21/1992 | 1 |
| Kreizman, Joel N. | 26 Blair Court Wayside, NJ 07712 | 04/13/1982 | 3 |
| Krejsa, Diane | Lowenstein Sandler Kohl Fisher & Boylan 65 Livingston Avenue Roseland, NJ 07068 | 10/05/1981 | 1 |
| Kremin, Mark James | Burke & Parsons 1114 Avenue of the Americas New York, NY 10036 | 01/14/1998 | 2 |
| Krieg, Patricia Ann | Paul Hastings Janofsky & Walker 399 Park Avenue Thirty-First Floor New York, NY 10022 | 12/05/1990 | 2 |
| Kritzer, Howard Steven | New York Life Ins Company 51 Madison Ave Room 10SB New York, NY 10010 | 05/16/1977 | 1 |
| Kritzer, Lori Beth | Sunrise Securities 135 East 57th Street New York, NY 10022 | 10/19/1994 | 2 |
| Kroll, Lawrence Charles | Law Offices of Lawrence Kroll 18 Hollis Road East Brunswick, NJ 08816 | 04/10/1995 | 1 |
| Krueger, Jane L. | 755 Page Mill Road Suite B-110 Palo Alto, CA 94304 | 11/21/1977 | 1 |
| Kubrick, Andrew Howard | Gassman Rebhun & Co. P.C. CPA's 350 Fifth Ave Suite 5220 New York, NY 10118 | 03/18/1998 | 2 |
| Kuhn, Eric Jonathan | Greenberg Trurig Hoffman Lipoff Rosen & Quentel P.A. 1221 Brickel Ave Miami, FL 33131 | 06/16/1997 | 1 |
| Kunberger, Katherine Jane | White O'Connor Curry Gatti & Avanzado LLP 10100 Santa Monica Blvd Santa Monica, CA 90067 | 07/15/1996 | 1 |

| NAME | LAST REGISTERED ADDRESS | OATH DATE | DEPT. |
|------|-------------------------|-----------|-------|
| Kuo, Lynn Hollenbeck | Kelley Drye & Warren 101 Park Avenue New York, NY 10024 | 07/10/1990 | 1 |
| Kuo, Teresa Ti-Lin | Whitman Breed Abbott & Morgan 200 Park Avenue New York, NY 10166 | 01/31/1994 | 1 |
| Kupfer, Gabi E. | Ford Foundation 320 E 43rd St New York, NY 10017 | 09/27/1999 | 1 |
| Kuritzkes, Beth Manes | Law Offices of Beth M. Kuritzkes 15613 Woodvale Road Encino, CA 91436 | 02/07/1983 | 1 |
| Kurzweil, Sean Edward | Cadwalader Wickersham & Taft 100 Maiden Lane New York, NY 10038 | 10/26/1998 | 1 |
| Kuttab, Jonathan George | PO Box 19543 Jerusalem, Israel | 06/19/1978 | 1 |
| Kwak, Henry Jeunghyee | Standard & Poorls 26 Broadway 15th Floor New York, NY 10004 | 03/04/1996 | 1 |
| Kwakye-Berko, Abena | 6 Fordham Hill Oval #5G Bronx, NY 10468 | 10/26/1998 | 1 |
| Kwon, Ohsang | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | 10/01/1996 | 1 |
| Kwon, Thomas O. | Sacks Montgomery, P.C. 800 Third Avenue New York, NY 10022 | 07/17/1995 | 1 |